ORIGINAL

1  EYLee.Ind

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

8
        IN THE UNITED STATES DISTRICT COURT
9
            FOR THE TERRITORY OF GUAM
10
                                          **08-00004**
11  UNITED STATES OF AMERICA,       ) CRIMINAL CASE NO. _____
                                    )
12                  Plaintiff,       )    **INDICTMENT**
                                    )
13         vs.                       )    **CRIMINAL CONSPIRACY**
                                    )    [18 U.S.C. §§ 2 & 371]
14  EUN YOUNG LEE,                   )    (COUNTS I thru VI)
      aka Eun Young Cho,            )
15    aka Ina Lee,                   )    **FRAUD CONCERNING**
    MARCELINO J. LASERNA,           )    **IDENTIFICATION DOCUMENTS**
16  JOHN W.C. DUENAS,                )    [18 U.S.C. §§ 2;1028(a)(1);1028(b)(1)(A)(ii);
    MARY C. GARCIA,                  )    1028(c)(1) & 1028(c)(3)(A)]
17  JOSEPH PANGELINAN,               )    (COUNTS VII thru XXIII)
    FRANCISCO SN KAWAMOTO, and      )
18  MARGARET B. UNTALAN,             )
                                    )
19                  Defendants.      )
                                    )
20  _____)

21  THE GRAND JURY CHARGES:

22                      INTRODUCTION

23      1. At all times relevant to this Indictment, the Guam Department of Revenue and

24  Taxation (the Department) Motor Vehicle Division (MVD) was a component unit and agency of

25  the Government of Guam. The MVD's responsibilities included the licensing, registration, and

26  related enforcement functions concerning the operation of motor vehicles on Guam. In

27

28                              1

1  particular, the MVD was responsible for administering the examination and licensing program
2  for all drivers on Guam's highways, pursuant to the requirements of 16 Guam Code Annotated, §
3  3101.

4      2. The United States Internal Revenue Service (IRS) issued a tax processing number,
5  called an Individual Taxpayer Identification Number (TIN) to individuals who were required to
6  have a U.S. taxpayer identification number but did not, or were not eligible to obtain a Social
7  Security Number from the Social Security Administration. To qualify for and to receive a TIN,
8  the individual had to have a tax filing requirement and had to file a valid federal income tax
9  return.

10      3. The MVD motor vehicle examiners were responsible for ensuring that Guam driver's
11 licenses and learner's permits were issued only to qualified persons as provided by Guam statute
12 and by MVD's rules and regulations. The MVD had a standard operating procedure for the
13 issuance of driver's licenses and learner's permits. The applicant was required to provide
14 biographical and personal information on an application form, which included the applicant's
15 Social Security Number (SSN) or Taxpayer Identification Number (TIN). The applicant was
16 required to sign the form, declaring under penalty of perjury that the information contained
17 therein was true, and to personally present it to an MVD examiner. The examiner was required
18 to verify the information provided and enter the pertinent data into the MVD central computer.
19 In particular, it was the examiner's duty to determine the true and correct identity of the
20 applicant, and ensure that the correct biographical and identification data of each applicant was
21 recorded in the MVD central computer. Every examiner knew that upon entry of this
22 information, the MVD computer would create a file under the applicant's name, using the SSN
23 or TIN on the application. The examiner would schedule language or driving tests if required.
24 After the applicant had passed the required tests, or immediately if no tests were necessary, the
25 applicant's vision was tested and he was photographed. The MVD computer would print out the
26 license data, and the applicant would present that printout to the Department cashier and pay the

27
28                                              2

applicable license fee. The cashier would stamp a receipt of payment on the printout. The applicant would then return to the examiner's counter, present the stamped printout and receive his Guam driver's license or learner's permit.

4. At all times relevant to this indictment, regular Guam driver's licenses were valid for three years after the first anniversary of the date of birth of the applicant the date of issue; Guam learner's permits were valid for ninety (90) days from the date of issue.

5. At all times relevant to this indictment, 16 Guam Code Annotated (GCA) § 3101(c) permitted an alien holding a valid operator's license from his country of origin to drive upon Guam highways for a period not exceeding thirty (30) days from the date such person arrived on Guam. To continue legally driving on Guam, however, the alien must have been issued a Guam driver's license prior to the expiration of the thirty-day period. Upon issuance of this special license, the alien was allowed to continue legally driving on Guam for up to one (1) year from the date he arrived on Guam, unless the license issued from his country of origin expired before then. To obtain such a special license, the alien was required to register his license from his country of origin with the Department of Revenue and Taxation and to pay a registration fee as required by the Director of the Guam Department of Revenue and Taxation or his designee. Effective July 16, 2004, MVD regulations allowed an alien with a valid passport to qualify for a Guam driver's license, but only if the alien submitted letters from both the Internal Revenue Service and the Social Security Administration, to the effect that the alien had applied for a SSC or TIN, and his application had been denied.

6. Aliens who did not apply for a Guam driver's license thirty (30) days after their arrival on Guam, or who did not apply to register their operator's licenses from their countries of origin within thirty (30) days after their arrival on Guam, were not eligible for the program established by 16 Guam Code Annotated, § 3101(c). Such aliens were required to submit a driver's license or learner's permit application to the MVD in the same manner as lawful residents of the United States, as provided by 16 GCA § 3101(f).

3

7. MVD regulations required that applicants seeking a Guam driver's license or learner's permit, as provided by 16 GCA § 3101(f), have in their possession a valid Individual Taxpayer Identification Number (TIN) or Social Security Card (SSC) or a written verification of an SS number from the Social Security Administration prior to being issued a driver's license.

8. Guam has a Tourist Visa Waiver program for the Republic of Korea, which allows Korean citizens legally to enter and remain on Guam as tourists for no more than fifteen (15) days. Any Korean citizen who has entered Guam under that program and remains after the 15-day period is in violation of United States immigration laws and is subject to immediate arrest and deportation by United States Customs and Border Protection.

9. At all times relevant to this indictment, the Guam Department of Revenue and Taxation had a Memorandum of Understanding and Agreement with the University of Guam, wherein the University would proctor, score and tabulate written examinations taken by applicants for a Guam driver's license. A passing score on the written examination was required before the applicant could receive a Guam driver's license.

10. At all times relevant to this indictment, defendant EUN YOUNG LEE had contracted with the University of Guam to act as a Korean translator for the MVD driver's license written examination and other translation assignments related thereto. Her duties included truly and accurately translating the examination from English into Korean for the benefit of Korean-speaking applicants for Guam driver's licenses.

11. At all times relevant to this indictment, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, were employed as examiners for the Guam Department of Revenue and Taxation Motor Vehicle Division.

12. At all times relevant to this indictment, the production of a Guam driver's license or learner's permit was in and did affect interstate or foreign commerce.

4

## OBJECT OF THE CONSPIRACY

13. It was an object of the conspiracy for EUN YOUNG LEE and others, both known and unknown to the Grand Jury, to enrich themselves by receiving money and other things of value to produce Guam Driver's licenses for persons who were not otherwise entitled lawfully to receive them.

## MANNER AND MEANS OF THE CONSPIRACY

14. The objects of the conspiracy were to be accomplished and were accomplished as follows. For a fee, EUN YOUNG LEE would agree to provide a Guam driver's license or learning permit to a Korean citizen who was in the United States illegally, and hence did not qualify for such a license. She would create a letter addressed to this illegal alien, purportedly from the U.S. Internal Revenue Service, assigning the alien a Taxpayer Identification Number. In fact, the letter was a copy of an original IRS letter, with the information concerning the original recipient covered with white-out, and the alien's name and a false and fraudulent TIN substituted for the genuine name and number. LEE would assist in filling out an application for a Guam driver's license or learning permit in the name of the illegal alien, and record on the application the false and fraudulent TIN which she had created. LEE and/or the alien would submit the application bearing the false TIN to a cooperating MVD examiner. At times LEE and/or the alien would also submit the false IRS letter; at other times, she only recorded a false TIN on the application. The cooperating examiner would write the false and fraudulent TIN across the top of the application form, which notation served as a record that the examiner had seen the original IRS letter and verified that the TIN on the application had indeed been lawfully assigned to that alien. The examiner would enter the information on the alien's application into the MVD computer, and schedule a date for a written examination. LEE would sometimes proctor the written examination and provide the correct answers to the alien. Subsequently, LEE would almost always accompany the alien to the MVD, where the alien would be photographed

5

and receive the license or learner's permit. In this manner, Guam driver's licenses and learner's

permits were illegally issued to aliens who were unlawfully in the United States.

COUNT I - CRIMINAL CONSPIRACY

15. Paragraphs 1 through 14 are incorporated and realleged herein.

16. Beginning on or about February 4, 2004, and continuing through March, 2005, within

the District of Guam, the defendants herein, EUN YOUNG LEE, and MARCELINO J.

LASERNA, did willfully and knowingly combine, conspire, confederate and agree with each

other and with others both known and unknown to the Grand Jury, to commit the offense of

Fraud in Connection with Identification Documents, in violation of Title 18, United States Code,

Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy

charged in this count and willfully cause others to perform acts and make statements in

furtherance of the conspiracy, and did perform the following overt acts for the purpose of

carrying out the conspiracy:

17. On February 20, 2004, MARCELINO J. LASERNA created two files in the MVD

computer for driver's license applications in the names of Sung Min Shin and Ki Cheol Han,

having received these applications from EUN YOUNG LEE, and knowing that LEE had created

a false and fraudulent Taxpayer Identification Number (TIN) for each application.

18. On February 23, 2004, MARCELINO J. LASERNA created three files in the MVD

computer for driver's license applications in the names of Jung Soo Yang, Young Min Ho, and

Geun Jae Lee, having received these applications from EUN YOUNG LEE, and knowing that

LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each

application.

19. On March 1, 2004, MARCELINO J. LASERNA created two files in the MVD

computer for driver's license applications in the names of Seung Pill Choi and Dong Pyo Hong,

having received these applications from EUN YOUNG LEE, and knowing that LEE had created

a false and fraudulent Taxpayer Identification Number (TIN) for each application.

6

20. On March 16, 2004, MARCELINO LASERNA created a file in the MVD computer for a driver's license application in the name of Mi Ra Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

21. On March 16, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Deuk Soon Choi, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

22. On April 12, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Chun Ja Cho, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

23. On May 20, 2004, MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Jong Yeon Hwang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

24. On May 25, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Jun Sung Min and Hae Sook Kang, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

25. On August 26, 2004, ,MARCELINO J. LASERNA created a file in the MVD computer for a driver's license application in the name of Jae Min Lee, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

26. On October 25, 2004, MARCELINO J. LASERNA created two files in the MVD computer for driver's license applications in the names of Tae Kwun Jung and Won Il Koh,

7

1 | having received these applications from EUN YOUNG LEE, and knowing that LEE had created

2 | a false and fraudulent Taxpayer Identification Number (TIN) for each application.

3 | 27. On November 9, 2004, MARCELINO J. LASERNA created two files in the MVD

4 | computer for driver's license applications in the names of In Hwan Cho and Hyuk Su Kang,

5 | having received these applications from EUN YOUNG LEE, and knowing that LEE had created

6 | a false and fraudulent Taxpayer Identification Number (TIN) for each application.

7 | 28. On November 30, 2004, MARCELINO J. LASERNA created three files in the MVD

8 | computer for driver's license applications in the names of Myung Sug Kim, Jae Hoan Seok and

9 | Tae Ho Kim, having received these applications from EUN YOUNG LEE, and knowing that

10 | LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each

11 | application.

12 | 29. On March 11, 2005, MARCELINO J. LASERNA created a file in the MVD

13 | computer for a learner's permit application in the name of Hak Ja Park, having received this

14 | application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent

15 | Taxpayer Identification Number (TIN) for this application.

16 | 30. On August 3, 2005, MARCELINO J. LASERNA created a file in the MVD computer

17 | for a driver's license application in the name of Sung Kyu Hong, having received this application

18 | from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer

19 | Identification Number (TIN) for this application.

20 | ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

21 | COUNT II - CRIMINAL CONSPIRACY

22 | 31. Paragraphs 1 through 14 are incorporated and realleged herein.

23 | 32. Beginning on or about February 4, 2004, and continuing through March, 2005, within

24 | the District of Guam, the defendants herein, EUN YOUNG LEE, and JOHN W.C. DUENAS, did

25 | willfully and knowingly combine, conspire, confederate and agree with each other and with

26 | others both known and unknown to the Grand Jury, to commit the offense of Fraud in

27 |

28 | 8

Connection with Identification Documents, in violation of Title 18, United States Code, Section
1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in
this count and willfully cause others to perform acts and make statements in furtherance of the
conspiracy, and did perform the following overt acts for the purpose of carrying out the
conspiracy:

33. On May 5, 2004, JOHN W.C. DUENAS created a file in the MVD computer for a
driver's license application in the name of Sang Jin Park, having received this application from
EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer
Identification Number (TIN) for this application.

34. On July 6, 2004, JOHN W.C. DUENAS created two files in the MVD computer for
driver's license applications in the names of Ha Young Kim and You Soon Kim, having received
these applications from EUN YOUNG LEE, and knowing that LEE had created a false and
fraudulent Taxpayer Identification Number (TIN) for each application.

35. On August 3, 2004, JOHN DUENAS created two files in the MVD computer for
driver's license applications in the names of Sang C Ryu and Jeong Min Ham, having received
these applications from EUN YOUNG LEE, and knowing that LEE had created a false and
fraudulent Taxpayer Identification Number (TIN) for each application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

## COUNT III - CRIMINAL CONSPIRACY

36. Paragraphs 1 through 14 are incorporated and realleged herein.

37. Beginning on or about February 4, 2004, and continuing through March, 2005, within
the District of Guam, the defendants herein, EUN YOUNG LEE, and MARY C. GARCIA, did
willfully and knowingly combine, conspire, confederate and agree with each other and with
others both known and unknown to the Grand Jury, to commit the offense of Fraud in
Connection with Identification Documents, in violation of Title 18, United States Code, Section
1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in

9

1   this count and willfully cause others to perform acts and make statements in furtherance of the

2   conspiracy, and did perform the following overt acts for the purpose of carrying out the

3   conspiracy:

4       38. On July 20, 2004, MARY C. GARCIA created three files in the MVD computer for

5   driver's license applications in the names of Kil Ja Lee, Keun Seok Bang and Jin Woo Park,

6   having received these applications from EUN YOUNG LEE, and knowing that LEE had created

7   a false and fraudulent Taxpayer Identification Number (TIN) for each application.

8       39. On July 20, 2005, MARY C. GARCIA created a file in the MVD computer for a

9   driver's license application in the name of Kyung Ja Park, having received this application from

10  EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer

11  Identification Number (TIN) for this application.

12      40. On August 2, 2005, MARY C. GARCIA created a file in the MVD computer for a

13  driver's license application in the name of Jum Soo Park, having received this application from

14  EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer

15  Identification Number (TIN) for this application.

16      ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

17                      COUNT IV - CRIMINAL CONSPIRACY

18      41. Paragraphs 1 through 14 are incorporated and realleged herein.

19      42. Beginning on or about February 4, 2004, and continuing through March, 2005, within

20  the District of Guam, the defendants herein, EUN YOUNG LEE, and JOSEPH PANGELINAN,

21  did willfully and knowingly combine, conspire, confederate and agree with each other and with

22  others both known and unknown to the Grand Jury, to commit the offense of Fraud in

23  Connection with Identification Documents, in violation of Title 18, United States Code, Section

24  1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in

25  this count and willfully cause others to perform acts and make statements in furtherance of the

26

27

28                                      10

conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

43. On March 16, 2004, JOSEPH PANGELINAN created a file in the MVD computer for a driver's license application in the name of Ok Sun Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

44. On March 15, 2005, JOSEPH PANGELINAN created a file in the MVD computer for a driver's license application in the name of Tong Hun Lee, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

45. On March 29, 2005, JOSEPH PANGELINAN created two files in the MVD computer for driver's license applications in the names of Tae Sung Choi, and Sang Mee Chun, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

46. On April 12, 2005, JOSEPH PANGELINAN created three files in the MVD computer for driver's license applications in the names of Yu Suk Kang, Yeong Beom Gim, and Ang Mi Choi, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

### COUNT V - CRIMINAL CONSPIRACY

47. Paragraphs 1 through 14 are incorporated and realleged herein.

48. Beginning on or about February 4, 2004, and continuing through March, 2005, within the District of Guam, the defendants herein, EUN YOUNG LEE, and FRANCISCO SN KAWAMOTO, did willfully and knowingly combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to commit the offense of

11

Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy charged in this count and willfully cause others to perform acts and make statements in furtherance of the conspiracy, and did perform the following overt acts for the purpose of carrying out the conspiracy:

49. On May 26, 2004, FRANCISCO SN KAWAMOTO created two files in the MVD computer for driver's license applications in the names of Haeng Hwa Lee and Jung Il Chae, having received these applications from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for each application.

50. On January 31, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Sang Ho Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

51. On May 3, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Mi Jung Kim, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

52. On August 2, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Dong Mi Kang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

53. On September 14, 2005, FRANCISCO SN KAWAMOTO created a file in the MVD computer for a driver's license application in the name of Dong Mi Kang, having received this application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for this application.

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

12

1

## COUNT VI - CRIMINAL CONSPIRACY

2      54. Paragraphs 1 through 14 are incorporated and realleged herein.

3      55. Beginning on or about February 4, 2004, and continuing through March, 2005, within

4   the District of Guam, the defendants herein, EUN YOUNG LEE, and MARGARET B.

5   UNTALAN, did willfully and knowingly combine, conspire, confederate and agree with each

6   other and with others both known and unknown to the Grand Jury, to commit the offense of

7   Fraud in Connection with Identification Documents, in violation of Title 18, United States Code,

8   Section 1028(a)(1), and to aid, abet, counsel, command, induce and procure the conspiracy

9   charged in this count and willfully cause others to perform acts and make statements in

10  furtherance of the conspiracy, and did perform the following overt acts for the purpose of

11  carrying out the conspiracy:

12     56. On April 14, 2004, MARGARET B.UNTALAN created a file in the MVD computer

13  for a driver's license application in the name of Sung Jun Han, having received this application

14  from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent Taxpayer

15  Identification Number (TIN) for this application.

16     57. On January 18, 2005, MARGARET B. UNTALAN created three files in the MVD

17  computer for driver's license applications and a learner's permit in the names of Dong Sik Jung,

18  Min Chul Lee, and Ji Eon Lee, having received these applications from EUN YOUNG LEE, and

19  knowing that LEE had created a false and fraudulent Taxpayer Identification Number (TIN) for

20  each application, which TIN purported to be the applicant's lawful identification.

21     58. On November 9, 2005, MARGARET B. UNTALAN created a file in the MVD

22  computer for a driver's license application in the name of Young Nam Kim, having received this

23  application from EUN YOUNG LEE, and knowing that LEE had created a false and fraudulent

24  Taxpayer Identification Number (TIN) for this application.

25     59. On November 28, 2005, MARGARET B. UNTALAN created a file in the MVD

26  computer for a beginner's  permit application in the name of Jung Ja Oh, having received this

27

28                                              13

application from EUN YOUNG LEE and Jung Suk Kim, and knowing that this application bore

a false and fraudulent Taxpayer Identification Number (TIN).

ALL IN VIOLATION OF Title 18, United States Code, Sections 2 and 371.

<u>COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS</u>

60. Paragraphs1 through 14 are incorporated and realleged herein.

61. On or about March 10, 2004, in the District of Guam, the defendants herein,

MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful

authority produce more than five (5) identification documents, authentication features and false

identification documents, to-wit:

a) Guam driver's license number 122 809 6863 in the name Sung Min Shin, by means of

a false TIN, 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;

b) Guam driver's license number 122 809 6865 in the name Ki Cheol Han, by means of a

false TIN, 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;

c) Guam learner's permit in the name of Jung Soo Yang, by means of a false TIN, 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;

d) Guam driver's license number 122 809 6843 in the name Young Min Ko, by means of

a false TIN, 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;

e) Guam driver's license number 122 809 6868 in the name of Geun Jae Lee, by means of

a false TIN, 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;

f) Guam driver's license number 122 809 6852 in the name of Seung Pill Choi, by means

of a false TIN, 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; and

g) Guam driver's license number 122 809 6842 in the name of Dong Pyo Hong, by means

of a false TIN, 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,

and the production of said driver's licenses and permits was in and affected interstate and foreign

commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(b)(1)(B), 1028(c)(1) & 1028(c)(3)(A).

14

1    COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

2        62. Paragraphs 1 through 14 are incorporated and realleged herein.

3        63. On or about June 4, 2004, in the District of Guam, the defendants herein,

4    MARCELINO J.LASERNA and EUN YOUNG LEE, did knowingly and without lawful

5    authority produce two (2) identification documents, authentication features and false

6    identification documents, to-wit:  Guam driver's license number 122 810 0584 in the name Jun

7    Sung Min, by means of a false TIN, 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; and Guam driver's license number 122 810

8    0582 in the name Hae Sook Kang, by means of a false TIN, 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, and the production of

9    said driver's licenses was in and affected interstate and foreign commerce,

10        ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

11    1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

12        COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

13        64. Paragraphs 1 through 14 are incorporated and realleged herein.

14        65. On or about November 4, 2004, in the District of Guam, the defendants herein,

15    MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful

16    authority produce three (3) identification documents, authentication features and false

17    identification documents, to-wit:  Guam driver's license number 122 810 5782 in the name Jae

18    Min Lee, by means of a false TIN, 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; Guam driver's license number 122 810 5786 in

19    the name Tae Kwun Jung by means of a false TIN, 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; and Guam driver's license

20    number 122 810 5781 in the name Won Il Koh, by means of a false TIN, 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, and the

21    production of said driver's licenses was in and affected interstate and foreign commerce,

22        ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

23    1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

24        COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

25        66. Paragraphs 1 through 14 are incorporated and realleged herein.

26        67. On or about December 13, 2004, in the District of Guam, the defendants herein,

27    MARCELINO J. LASERNA and EUN YOUNG LEE, did knowingly and without lawful

28

15

authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 6836 in the name Jae Hoan Seok, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

## COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

68. Paragraphs 1 through 14 are incorporated and realleged herein.

69. On or about March 24, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: a Guam driver's license number 122 810 8858 in the name Tong Hun Lee, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

## COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

70. Paragraphs 1 through 14 are incorporated and realleged herein.

71. On or about April 8, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam  driver's license number 122 810 9153 in the name Tae Sung Choi, by means of a false TIN, 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, and an illegal duplicate driver's license in the name Mike Park, number 122 810 8937, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

16

COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

72. Paragraphs 1 through 14 are incorporated and realleged herein.

73. On or about April 21, 2005, in the District of Guam, the defendants herein, JOSEPH PANGELINAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam driver's license number 122 810 9358 in the name Yu Suk Kang, by means of a false TIN, 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, and Guam Driver's license number 122 810 9359 in the name Yeong Beom Gim, by means of a false TIN, 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, and the production of said driver's licenses was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

74. Paragraphs 1 through 14 are incorporated and realleged herein.

75. On or about January 27, 2005, in the District of Guam, the defendants herein, MARGARET B. UNTALAN and EUN YOUNG LEE, did knowingly and without lawful authority produce two identification documents, authentication features and false identification documents, to-wit: Guam driver's license 122 810 7744 in the name Min Chul Lee, by means of a false TIN, 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, and a Guam learner's permit in the name Ji Eon Lee, by means of a false TIN, 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, and the production of said driver's license and learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

76. Paragraphs 1 through 14 are incorporated and realleged herein.

77. On or about December 7, 2005, in the District of Guam, the defendants herein, MARGAET B. UNTALAN and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-

17

wit: a Guam learner's permit in the name Jung Ja Oh, by means of a false TIN, 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, and

the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

78. Paragraphs 1 through 14 are incorporated and realleged herein.

79. On or about July 14, 2004, in the District of Guam, the defendants herein, JOHN

DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an

identification document, authentication feature and false identification document, to-wit: Guam

driver's license number 122 810 1989 in the name You Soon Kim by means of a false TIN, 946-

15-9803, and the production of said driver's license was in and affected interstate and foreign

commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

80. Paragraphs 1 through 14 are incorporated and realleged herein.

81. On or about August 11, 2004, in the District of Guam, the defendants herein, JOHN

DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an

identification document, authentication feature and false identification document, to-wit: Guam

driver's license number 122 810 2977 in the name Jeong Min Ham, by means of a false TIN,

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 and the production of said driver's license was in and affected interstate and foreign

commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

82. Paragraphs 1 through 14 are incorporated and realleged herein.

83. On or about August 12, 2004, in the District of Guam, the defendants herein, JOHN

18

DUENAS and EUN YOUNG LEE, did knowingly and without lawful authority produce an

identification document, authentication feature and false identification document, to-wit: Guam

driver's license number 122 810 3034 in the name Sang C Ryu, by means of a false TIN, 953-09-

1094, and the production of said driver's license was in and affected interstate and foreign

commerce,

     ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

    <u>COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT</u>

    84. Paragraphs 1 through 14 are incorporated and realleged herein.

    85. On or about June 4, 2004, in the District of Guam, the defendants herein,

FRANCISCO SN KAWAMOTO and EUN YOUNG LEE, did knowingly and without lawful

authority produce an identification document, authentication feature and false identification

document, to-wit: Guam driver's license number 122 810 0592 in the name Haeng Hwa Lee, by

means of a false TIN, 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, and the production of said learner's permit was in and

affected interstate and foreign commerce,

     ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

    <u>COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT</u>

    86. Paragraphs 1 through 14 are incorporated and realleged herein.

    87. On or about May 12, 2005, in the District of Guam, the defendants herein,

FRANCISCO SN KAWAMOTO and EUN YOUNG LEE, did knowingly and without lawful

authority produce an identification document, authentication feature and false identification

document, to-wit: Guam driver's license number 122 810 9667 in the name Mi Jung Kim, by

means of a false TIN, 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, and the production of said driver's license was in and

affected interstate and foreign commerce,

     ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

88. Paragraphs 1 through 14 are incorporated and realleged herein.

89. On or about July 27, 2004, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: a Guam learner's permit in the name of Kil Ja Lee, by means of a false TIN, 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, and the production of said learner's permit was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

90. Paragraphs 1 through 14 are incorporated and realleged herein.

91. On or about July 28, 2004, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 810 2441 in the name Keun Seok Bang, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

COUNT XXIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT

92. Paragraphs 1 through 14 are incorporated and realleged herein.

93. On or about July 28, 2005, in the District of Guam, the defendants herein, MARY C. GARCIA and EUN YOUNG LEE, did knowingly and without lawful authority produce an identification document, authentication feature and false identification document, to-wit: Guam driver's license number 122 811 0900 in the name Kyung Ja Park, by means of a false TIN, 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, and the production of said driver's license was in and affected interstate and foreign commerce,

20

1    ALL IN VIOLATION of Title 18, United States Code, Sections 2, 1028(a)(1),

2    1028(b)(1)(A)(ii), 1028(c)(1) & 1028(c)(3)(A).

3         Dated this  23rd  day of January, 2008.

4                                          A TRUE BILL.

5

6

7

8    LEONARDO M. RAPADAS                              **REDACTED**
     United States Attorney
9    Districts of Guam and NMI

10

11   By:
         KARON V. JOHNSON
12       Assistant U.S. Attorney

13   Reviewed:

14   By:
         JEFFREY J. STRAND
15       First Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          21

**Place of Offense:**

City _____ Hagåtña _____          **Related Case Information:**

Country/Parish _____          Superseding Indictment _____ Docket Number **08-00004**
                                         Same Defendant _____x_____        New Defendant _____
                                         Search Warrant Case Number _____
                                         R 20/ R 40 from District of _____

**Defendant Information:**

        Juvenile: Yes _____ No __X__        Matter to be sealed: _____ Yes __x__ No

Defendant Name      JOHN W.C. DUENAS _____

Alias Name          _____

Address             _____

                    Guam _____

RECEIVED

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate _Xx/xx/19__  SS# _xxx-xx-___  Sex __M__  Race __PI__  Nationality _Chamorro_____

**U.S. Attorney Information:**

AUSA _____ Karon V. Johnson _____

**Interpreter:** __X__ No ___Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____     _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _18 USC 2 & 371_ | Criminal Conspiracy | 2 |
| Set | 2 _18 USC 2; 1028(a)(1)_ <br> 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | Fraud Concerning Identification Documents | 16-17-18 |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: ___1/23/08___     Signature of AUSA: _Karon V. Johnson_____

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00004**

Same Defendant _____ x _____      New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X___   Matter to be sealed: _____ Yes ___x___ No

Defendant Name ___JOSEPH PANGELINAN___

Alias Name _____

Address _____

___Guam___

RECEIVED

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate __Xx/xx/19__ SS# _xxx-xx-_ Sex __M__ Race __PI__ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ____ Karon V. Johnson _____

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____ _____ Petty _____ Misdemeanor _____ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 USC 2 & 371 | Criminal Conspiracy | 4 |
| Set 2 | 18 USC 2; 1028(a)(1) 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | Fraud Concerning Identification Documents | 11-12-13 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: ___1/23/08___ Signature of AUSA: _Karon V Johnson_

**Place of Offense:**

City _____ Hagåtña _____

**Related Case Information:**

Country/Parish _____

Superseding Indictment _____ Docket Number **08 − 00004**
Same Defendant _____ x _____   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    **Matter to be sealed:** _____ Yes __x__ No

Defendant Name     FRANCISCO S.N. KAWAMOTO

Alias Name       _____

Address        _____

      Guam _____

RECEIVED

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate _Xx/xx/19_   SS# _xxx-xx-_   Sex __M__   Race __PI__   Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA _____ Karon V. Johnson _____

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____    _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _18 USC 2 & 371_ | Criminal Conspiracy | 5 |
| Set | 2 _18 USC 2; 1028(a)(1)_ | Fraud Concerning Identification Documents | 19-20 |
| | 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | | |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _____ 1/23/08 _____ Signature of AUSA: _____ Karon V Johnson _____

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number 08-00004

Same Defendant ____x____ New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__ Matter to be sealed: _____ Yes ___x___ No

Defendant Name _____MARY C. GARCIA_____

Alias Name _____

Address _____

_____Guam_____

R E C E I V E D

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate _Xx/xx/19__ SS# _xxx-xx-_ Sex __F__ Race __PI__ Nationality _Chamorro_____

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** __X__ No ___Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

⬛ Already in Federal Custody as of _____ in _____

⬛ Already in State Custody

⬛ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____ _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _18 USC 2 & 371_ | Criminal Conspiracy | 3 |
| Set | 2 _18 USC 2; 1028(a)(1)_ | Fraud Concerning Identification Documents | 21-22-23 |
| | 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | | |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _1/23/08_ Signature of AUSA: _Karon V Johnson_

**Place of Offense:**

City _____ Hagåtña _____

**Related Case Information:**

Country/Parish _____

Superseding Indictment _____ Docket Number **08-00004**

Same Defendant ____ x ____     New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __x__ No

Defendant Name    __MARGARET B. UNTALAN__

Alias Name          _____

Address             _____

        __Guam__ _____

RECEIVED

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate __Xx/xx/19__   SS# __xxx-xx-__   Sex __F__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____ Karon V. Johnson _____

**Interpreter:**   __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

◻ Already in Federal Custody as of _____ in _____

◻ Already in State Custody

◻ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____     _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 2 & 371 | Criminal Conspiracy | 6 |
| Set 2 | 18 USC 2; 1028(a)(1) 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | Fraud Concerning Identification Documents | 14-15 |
| Set 3 | _____ | _____ | _____ |
| Set 4 | _____ | _____ | _____ |

(May be continued on reverse)

Date: __1/23/8__     Signature of AUSA: _____ for Karon Johnson

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**08 - 00004**

Superseding Indictment _____ Docket Number _____

Same Defendant ____x____     New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name     ___EUN YOUNG LEE_____

Alias Name          _____

Address              _____

                 ___Guam_____

Birthdate _Xx/xx/19___ SS# _xxx-xx-___ Sex __F__ Race __A__ Nationality _Korean_____

**U.S. Attorney Information:**

AUSA ____Karon V. Johnson_____

**Interpreter:** __X__ No ___Yes    List language and/or dialect: _____

RECEIVED

JAN 2 3 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** _____      _____ Petty _____ Misdemeanor _____ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set | 1 _18 USC 2 & 371_____ | _Criminal Conspiracy_____ | _1-6_____ |
| Set | 2 _18 USC 2; 1028(a)(1)____ | _Fraud Concerning Identification Documents_ | _7-23_____ |
| | 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | | |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

**Date:** ___1/23/08___ **Signature of AUSA:** _Karon V Johnson_____

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

08 - 00004

Superseding Indictment _____ Docket Number _____
Same Defendant _____x_____     New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X___   Matter to be sealed: _____ Yes ___x___ No

Defendant Name     __MARCELINO J. LASERNA___

Alias Name          _____

Address             _____

                    __Guam_____

RECEIVED

JAN 23 2008

DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birthdate __Xx/xx/19__  SS# _xxx-xx-_  Sex __M__  Race __A__  Nationality _Filipino____

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

⬛ Already in Federal Custody as of _____ in _____

⬛ Already in State Custody

⬛ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____   _____ Petty _____ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _18 USC 2 & 371_____ | Criminal Conspiracy_____ | __1_____ |
| Set | 2 _18 USC 2; 1028(a)(1)_ 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A) | _Fraud Concerning Identification Documents_ | _7-8-9-10_____ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: ____1/23/08_____   Signature of AUSA: _Karon V. Johnson_____