▲AO 442 (Rev. 08/07) Warrant for Arrest

RECEIVED
JAN 24 2008
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

v.

MARY C. GARCIA

**WARRANT FOR ARREST**

Case Number: CR-08-00004-004

**FILED**
DISTRICT COURT OF GUAM
FEB 1 4 2008 mba

JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **MARY C. GARCIA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 3

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2 & 1028(a)(1); 1028(b)(1)(A)(ii); 1028(c)(1) & 1028(c)(3)(A), Counts 21 through 23

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *signature* Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008      Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

San Diego, CA

| DATE RECEIVED 01/23/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER TFO M.P. CEPEDA FOR F.B.I. |
|---|---|---|
| DATE OF ARREST 2/08/2008 | FBI | *signature* |

**ORIGINAL**

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __MARY C. GARCIA_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____