**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00004-004                     DATE: February 14, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio        Electronically Recorded: 2:33:44 - 2:44:50
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Mary C. Garcia               Attorney: Leilani Lujan
☑ Present ☐ Custody ☐ Bond ☑ P.R.       ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Carmen O'Mallan         U.S. Marshal: None Present
Interpreter:                            Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Leilani Lujan appeared on behalf of Lujan, Aguigui and Perez LLP as retained counsel.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty
- Defense request to continue trial. granted.
- Court to issue second amended trial schedule order.
- Trial set for: April 7, 2008 at 9:30 a.m.
- Defendant released on bail as previously ordered by the Southern District of California.

NOTES: