# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> V. <br><br> **EUN YOUNG LEE aka EUN YOUNG CHO aka INA LEE, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN** | **NOTICE** <br><br><br> CASE NUMBER: **CR-08-00004** |

TYPE OF CASE:

☐ **CIVIL**     X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**STATUS HEARING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE <br> U.S. Courthouse <br> 520 West Soledad Avenue <br> Hagatna, Guam 96910 <br><br> Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED <br><br> March 14, 2008 at 1:30 P.M. | CONTINUED TO DATE AND TIME <br><br> March 24, 2008 at 10:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 12, 2008 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |