# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: CR-08-00004           DATE: March 31, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber           Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 10:06:07-10:23:53
Virginia T. Kilgore

**APPEARANCES:**

Defendant: Eun Young Lee           Attorney: Richard Arens, FPD
      Marcelino J. Lacerna              Mark Smith, CJA Appointed
      John W. C. Duenas (not present)     Cynthia Ecube, CJA Appointed
      Mary C. Garcia (not present)        Delia Lujan, Retained
      Joseph Pangelinan                Louie Yanza, CJA Appointed
      Francisco SN Kawamoto          Stephanie Flores, CJA Appointed
      Margaret B. Untalan             Rawlen Mantanona, CJA
                                       Appointed

☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas           U.S. Agent:
U.S. Probation: None Present
Interpreter:                                    Language:

**PROCEEDINGS: Pretrial Conference and Hearing on All Motions/Status Hearing**

- Motions to continue trial date and deadlines underlined granted.
- Court executed an amended trial scheduling order.
- Defendants released as previously ordered.
- The court found that the ends of justice was served by continuing the trial and outweighs the best interest of the public and the defendants in a speedy trial. The period of time beginning today until May 27, 2008 is excluded from the speedy trial clock.

NOTES: