## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | |
| vs. | **THIRD AMENDED TRIAL SCHEDULING ORDER** |
| **EUN YOUNG LEE, et al.,** | |
| Defendants. | |

IT IS HEREBY ORDERED THAT:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions, shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **April 28, 2008 at 3:00 p.m.**

    ▸ **Opposition to all Motions** shall be filed no later than . . .  **May 5, 008 at 3:00 p.m.**

    ▸ **Replies to Opposition** shall be filed by no later than . . . . **May 12, 2008 at 3:00 p.m.**

    **No late motions shall be filed without court approval. Failure to timely file an opposition to a motion may be deemed by the Court as consent to the granting of such motion**.

- The following must be filed or lodged with the court by . . . . **May 13, 2008 at 3:00 p.m.**

    ▸ **An original and one copy of the witness list.** Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment.
    ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
    ▸ **An original and three copies of the exhibit list.** Government's exhibits shall be numbered and Defendant's exhibits shall be lettered.
    ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.** The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, i.e., police/investigative reports or witness statements. The parties shall <u>meet and confer</u> sufficiently in advance of trial and formulate a set of <u>joint exhibits</u>. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- **Pretrial conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **May 27 , 2008 at 9:00 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . **May 27, 2008 at 9:30 a.m.**

**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Mar 31, 2008**