LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br>EUN YOUNG LEE,<br>  aka Eun Young Cho, aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>               Defendants. | CRIMINAL CASE NO. 08-00004<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 6, 2008, I electronically filed United States Trial Memorandum with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

    Mark Smith                          Delia Lujan
    Suite 102-D                         Suite 300, DNA Bldg.
    456 W. O'Brien Drive           238 Archbishop Flores St.
    Hagatna, Guam 96910          Hagatna, Guam 96910

//

//

```
 1 | Rawlen Mantanona
   | 2nd Floor, Edge Building
 2 | 929 S. Marine Corps Drive.
   | Tamuning, Guam 96910
 3 |
   |                              LEONARDO M. RAPADAS
 4 |                              United States Attorney
   |                              Districts of Guam and NMI
 5 |
 6 |                         By:  /S/ Karon V. Johnson
   |                              KARON V. JOHNSON
 7 |                              Assistant U.S. Attorney
```