| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |
| 6 | Attorney's for the United States of America |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE,<br>aka Eun Young Cho, aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

I hereby certify that on May 6, 2008, I electronically filed United States Witness List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

| | |
|---|---|
| Mark Smith | Delia Lujan |
| Suite 102-D | Suite 300, DNA Bldg. |
| 456 W. O'Brien Drive | 238 Archbishop Flores St. |
| Hagatna, Guam 96910 | Hagatna, Guam 96910 |

//

//

| | |
|---|---|
| 1 | Rawlen Mantanona |
| 2 | 2nd Floor, Edge Building<br>929 S. Marine Corps Drive. |
| 3 | Tamuning, Guam 96910 |

<pre>
                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI


                                   By:    /S/ Karon V. Johnson
                                        KARON V. JOHNSON
                                        Assistant U.S. Attorney
</pre>