1  EYLeetrialver

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:   (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for the United States of America

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE TERRITORY OF GUAM
10
   UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 08-00004
11                                   )
                  Plaintiff,         )
12                                   )
            vs.                      )   **UNITED STATES PROPOSED**
13                                   )   **VERDICT FORMS**
   EUN YOUNG LEE,                    )
14     aka Eun Young Cho,            )
       aka Ina Lee,                  )
15 MARCELINO J. LASERNA,             )
   JOHN W.C. DUENAS,                 )
16 MARY C. GARCIA,                   )
   JOSEPH PANGELINAN,                )
17 FRANCISCO SN KAWAMOTO, and        )
   MARGARET B.  UNTALAN,             )
18                                   )
                  Defendants.        )
19 _____   )

20         COMES NOW the United States and provides the proposed Verdict Forms for use

21 concerning the defendants listed above..

22         Respectfully submitted this   13th   day of May, 2008.

23                                   LEONARDO M. RAPADAS
                                     United States Attorney
24                                   Districts of Guam and NMI

25
                             By:    /S/ Karon V. Johnson_____
26                                   KARON V. JOHNSON
                                     Assistant U.S. Attorney
27

28                                     1

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>08-00004-01</u> |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |
| EUN YOUNG LEE, | ) | |
|    aka Eun Young Cho, | ) | |
|    aka Ina Lee, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


## COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit

Fraud in Connection with Identification Documents,

      /    /      NOT GUILTY

      /    /      GUILTY


## COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD

2

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/　　/　　　NOT GUILTY

/　　/　　　GUILTY


**COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/　　/　　　NOT GUILTY

/　　/　　　GUILTY


**COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/　　/　　　NOT GUILTY

/　　/　　　GUILTY


**COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD**

3

**IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

4

1    We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

2  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

3  Identification Documents,

4              /    /          NOT GUILTY

5              /    /          GUILTY

6

7

8  **COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

9         We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

10  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

11  Identification Documents,

12             /    /          NOT GUILTY

13             /    /          GUILTY

14

15  **COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

16

17         We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

18  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

19  Identification Documents,

20             /    /          NOT GUILTY

21             /    /          GUILTY

22

23

24

25

26

27  **COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

28                                         5

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/　　/　　　　NOT GUILTY

/　　/　　　　GUILTY

## COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/　　/　　　　NOT GUILTY

/　　/　　　　GUILTY

## COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/　　/　　　　NOT GUILTY

/　　/　　　　GUILTY

## COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

6

1    We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

2  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

3  Identification Documents,

4         /    /        NOT GUILTY

5         /    /        GUILTY

6

7

8  **COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

9         We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

10  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

11  Identification Documents,

12         /    /        NOT GUILTY

13         /    /        GUILTY

14

15

16  **COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

17         We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

18  LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with

19  Identification Documents,

20         /    /        NOT GUILTY

21         /    /        GUILTY

22

23

24

25

26  **COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

27

28                                     7

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

      /     /        NOT GUILTY

      /     /        GUILTY

### COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

      /     /        NOT GUILTY

      /     /        GUILTY

### COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

      /     /        NOT GUILTY

      /     /        GUILTY

### COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG

8

LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/  /      NOT GUILTY

/  /      GUILTY


**COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/  /      NOT GUILTY

/  /      GUILTY


**COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, EUN YOUNG LEE, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

/  /      NOT GUILTY

/  /      GUILTY


DATED this _____ of June, 2008, at Hagatna, Guam.


_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

9

| 1 | UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004-02 |
| 2 | Plaintiff, | ) | |
| 3 | vs. | ) | **UNITED STATES PROPOSED** |
| 4 | MARCELINO J. LASERNA, | ) | **VERDICT FORMS** |
| 5 | Defendant. | ) | |

**COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT VII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/ / NOT GUILTY

/ / GUILTY

**COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in

10

Connection with Identification Documents,

            /     /        NOT GUILTY

            /     /        GUILTY

### COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

            /     /        NOT GUILTY

            /     /        GUILTY

### COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

            /     /        NOT GUILTY

            /     /        GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

                           _____
                           FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO.  <u>08-00004-03</u>

11

| | |
|---|---|
| 1 | Plaintiff, ) |
| 2 | ) |
| 3 | vs. ) **UNITED STATES PROPOSED** <br> ) **VERDICT FORMS** |
| 4 | JOHN W.C. DUENAS, ) |
| 5 | Defendant. ) |

**COUNT II - CRIMINAL CONSPIRACY TO COMMIT FRAUD
IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C. DUENAS, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

      /    /     NOT GUILTY

      /    /     GUILTY

**COUNT XVI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C. DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

      /    /     NOT GUILTY

      /    /     GUILTY

**COUNT XVII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C. DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection

12

with Identification Documents,

      /     /        NOT GUILTY

      /     /        GUILTY

**COUNT XVIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

    We, the Jury, in the above-entitled cause unanimously find the defendant, JOHN W.C. DUENAS, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

      /     /        NOT GUILTY

      /     /        GUILTY

    DATED this _____ of June, 2008, at Hagatna, Guam.

                              _____
                              FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO.  <u>08-00004-04</u>
                           )
          Plaintiff,        )

| | | |
|---|---|---|
| vs. | ) | **UNITED STATES PROPOSED VERDICT FORMS** |
| | ) | |
| MARY C. GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to Commit Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

## COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

## COUNT XXII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1), Fraud in Connection with Identification Documents,

14

1          /    /      NOT GUILTY

2          /    /      GUILTY

**COUNT XXIII- FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

We, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in Connection with Identification Documents,

          /    /      NOT GUILTY

          /    /      GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.


_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO.  08-00004-05
                            )
          Plaintiff,       )

15

|  | ) | **UNITED STATES PROPOSED** |
| vs. | ) | **VERDICT FORMS** |
| | ) | |
| JOSEPH PANGELINAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COUNT IV - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

/  /  NOT GUILTY

/  /  GUILTY

## COUNT XI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/  /  NOT GUILTY

/  /  GUILTY

## COUNT XII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

16

1          /    /        NOT GUILTY

2          /    /        GUILTY

3

4

5    **COUNT XIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

6          We, the Jury, in the above-entitled cause unanimously find the defendant, JOSEPH

7    PANGELINAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

8    Connection with Identification Documents,

9          /    /        NOT GUILTY

10         /    /        GUILTY

11

12         DATED this _____ of June, 2008, at Hagatna, Guam.

13

14

15                              _____
                                FOREPERSON

16

17

18

19

20

21

22

23              IN THE UNITED STATES DISTRICT COURT

24              FOR THE TERRITORY OF GUAM

25    UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO.  08-00004-06
                                       )
26              Plaintiff,             )
                                       )
27         vs.                         )    **UNITED STATES PROPOSED**

28                                   17

FRANCISO SN KAWAMOTO,　　　　　)　　　　　　**VERDICT FORMS**

　　　　　　)

　　　　　　Defendant.　　　　　)

_____)

## COUNT V - CRIMINAL CONSPIRACY TO COMMIT FRAUD
## IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy

to Commit Fraud in Connection with Identification Documents,

/　　/　　　NOT GUILTY

/　　/　　　GUILTY

## COUNT XIX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/　　/　　　NOT GUILTY

/　　/　　　GUILTY

## COUNT XX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, FRANCISCO

SN KAWAMOTO, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/　　/　　　NOT GUILTY

18

/    /    GUILTY


DATED this _____ of June, 2008, at Hagatna, Guam.


_____
FOREPERSON


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.  08-00004-07 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES PROPOSED** |
| | ) | **VERDICT FORMS** |

19

MARGARET B. UNTALAN, )
                                        )
            Defendant.           )
_____)

### COUNT VI - CRIMINAL CONSPIRACY TO COMMIT FRAUD
### IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 371, Criminal Conspiracy to

Commit Fraud in Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

### COUNT XIV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/    /        NOT GUILTY

/    /        GUILTY

### COUNT XV - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

We, the Jury, in the above-entitled cause unanimously find the defendant, MARGARET

B. UNTALAN, Violation of Title 18, United States Code, Section 1028(a)(1),  Fraud in

Connection with Identification Documents,

/    /        NOT GUILTY

20

/   /   GUILTY

DATED this _____ of June, 2008, at Hagatna, Guam.

_____
FOREPERSON