garcia.stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAY 13 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004-4 |
|---|---|
| Plaintiff, | ) **STIPULATION OF PARTIES** |
| vs. | ) **CONCERNING DEFENDANT'S HANDWRITING** |
| MARY C. GARCIA, | ) |
| Defendant. | ) |

The parties agree and hereby stipulate that defendant Mary C. Garcia's handwriting appears at the top of the Guam driver's license applications and license numbers:

//
//
//
//
//
//
//

-1-

| | | | |
|---|---|---|---|
| Kil Ja LEE | 122 810 8105 | Keun Seok BANG | 122 810 2441 |
| Jin Woo PARK | 122 810 8151 | Kyung Ja PARK | 122 811 0900 |
| Jum Soo PARK | Learner's permit. | | |

SO STIPULATED.

DATED: _____

*/s/ signature/*
DELIA S. LUJAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/5/08   By: */s/ signature/*
KARON V. JOHNSON
Assistant U.S. Attorney