THE LAW OFFICE OF
STEPHANIE G. FLORES
Suite 202, Quan Bldg.
324 West Soledad St.
Hagatna, Guam 96910
Telephone: 671-479-1003
Facsimile: 671-479-1002
Email: sgflores@gmail.com

Attorney for Defendant Francisco Kawamoto

**FILED**
DISTRICT COURT OF GUAM

MAY 14 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF JOINDER |
| FRANCISCO KAWAMOTO, ET AL | ) | |
| Defendants. | ) | |

COMES NOW, the Defendant, FRANCISCO KAWAMOTO, by and through his undersigned counsel of record, and hereby joins in with Co-Defendant, Joseph Pangelinan's proposed Voir Dire, Exhibit List, Witness List and Jury Instructions, herein.

Respectfully submitted this 13th day of May, 2008.

THE LAW OFFICE OF STEPHANIE G. FLORES

By: _____
Stephanie G. Flores, Esq.
Attorney for Francisco Kawamoto