1  EYLeetrial.exh2

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:  (671) 472-7332
6  Telecopier:  (671) 472-7334

7  Attorneys for the United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                      FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO.  08-00004
                                    )
11              Plaintiff,          )
                                    )
12       vs.                        )    UNITED STATES AMENDED
                                    )    EXHIBIT LIST
13                                  )
   EUN YOUNG LEE,                   )
14     aka Eun Young Cho,           )
       aka Ina Lee,                 )
15 MARCELINO J. LASERNA,            )
   JOHN W.C. DUENAS,                )
16 MARY C. GARCIA,                  )
   JOSEPH PANGELINAN,               )
17 FRANCISCO SN KAWAMOTO, and       )
   MARGARET B.  UNTALAN,            )
18                                  )
                Defendants.         )
19 _____ )

20       COMES NOW the United States and hereby files with the Court the following proposed

21 exhibits to be introduced in its case-in-chief:

22       Respectfully submitted this  14th   day of May, 2008.

23                                        LEONARDO M. RAPADAS
                                          United States Attorney
24                                        Districts of Guam and CNMI

25
                                    By:     /s/ Karon V. Johnson
26                                        KARON V. JOHNSON
                                          Assistant U.S. Attorney
27

28                                    1

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1) | Applicable Guam Statutes, Attorney General's Opinion | _____ | _____ |
| 2) | Licenses issued 1/01/02-1/18/06 by ITIN designation | _____ | _____ |
| 3) | Licenses issued 1/01/02-1/18/06 by ITIN, address | _____ | _____ |
| 4) | Licenses issued 1/01/02-1/18/06 by examination info | _____ | _____ |
| 5) | MVD computer designated codes | _____ | _____ |
| 6) | License exam history files, sorted by record key | _____ | _____ |
| 7) | Photographs of meeting between Eun Young Lee and Mike Park, payment of $1,000 | _____ | _____ |
| 8) | Photographs of meeting at MVD, Mike Park, Sane Mee Chun and Eun Young Lee 3/29/05 | _____ | _____ |
| 9) | MVD file of Sang Mee Chun | _____ | _____ |
| 10) | MVD file of Mike Park | _____ | _____ |
| 11) | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | _____ | _____ |
| 12) | Guam driver's licenses issued to Sang Mee Chun and Mike Park | _____ | _____ |
| 13) | Redacted IRS W-7 applications and reports concerning certain ITINs | _____ | _____ |
| 14) | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | _____ | _____ |
| 15) | Blank original ITIN letter used by IRS until 12/17/03 | _____ | _____ |
| 16) | Sample of ITIN letter issued by IRS after 12/17/03 | _____ | _____ |
| 17) | MVD file of Sung Min SHIN | _____ | _____ |
| 18) | MVD file of Ki Cheol | _____ | _____ |
| 19) | MVD file of Jung Soo YANG | _____ | _____ |

2

| | | | |
|---|---|---|---|
| 20) | MVD file of Young Min KO | _____ | _____ |
| 21) | MVD file of Geun Jae LEE | _____ | _____ |
| 22) | MVD file of Seung Pill CHOI | _____ | _____ |
| 23) | MVD file of Dong Pyo HONG | _____ | _____ |
| 24) | MVD file of Mi Ra KIM | _____ | _____ |
| 25) | MVD file of Deuk Soon CHOI | _____ | _____ |
| 26) | MVD file of Chun Ja CHO | _____ | _____ |
| 27) | MVD file of Jong Yeon HWANG | _____ | _____ |
| 28) | MVD file of Jun Sung MIN | _____ | _____ |
| 29) | MVD file of Hae Sook KANG | _____ | _____ |
| 30) | MVD file of Jae Min LEE | _____ | _____ |
| 31) | MVD file of Tae Kwun JUNG | _____ | _____ |
| 32) | MVD file of Won Il KOH | _____ | _____ |
| 33) | MVD file of In Hwan CHO | _____ | _____ |
| 34) | MVD file of Hyuk Su KANG | _____ | _____ |
| 35) | MVD file of Myung Sug KIM | _____ | _____ |
| 36) | MVD file of Jae Hoan SEOK | _____ | _____ |
| 37) | MVD file of Tae Ho KIM | _____ | _____ |
| 38) | MVD file of Hak Ja PARK | _____ | _____ |
| 39) | MVD file of Sung Kyu HONG | _____ | _____ |
| 40) | MVD file of Ok Sun KIM | _____ | _____ |
| 41) | MVD file of Tong Hun LEE | _____ | _____ |
| 42) | MVD file of Tae Sung CHOI | _____ | _____ |
| 43) | MVD file of Yu Suk KANG | _____ | _____ |
| 44) | MVD file of Yeong Beom GIM | _____ | _____ |
| 45) | MVD file of Ang Mi CHOI | _____ | _____ |
| 46) | MVD file of  Sung Jun HAN | _____ | _____ |

3

47)   MVD file of Dong Sik JUNG         _____   _____

48)   MVD file of Ji Eon LEE            _____   _____

49)   MVD file of Min Chul LEE          _____   _____

50)   MVD file of Young Nam KIM         _____   _____

51)   MVD file of Jung Ja OH            _____   _____

52)   MVD file of Sang Jin PARK         _____   _____

53)   MVD file of Ha Young KIM          _____   _____

54)   MVD file of You Soon KIM          _____   _____

55)   MVD file of Sang C RYU            _____   _____

56)   MVD file of Jeong Min HAM         _____   _____

57)   MVD file of  Jung Il CHAE         _____   _____

58)   MVD file of Haeng Hwa LEE         _____   _____

59)   MVD file of Sang Ho KIM           _____   _____

60)   MVD file of Mi Jung KIM           _____   _____

61)   MVD file of Dongmi KANG           _____   _____

62)   MVD file of Sung Hun KANG         _____   _____

63)   MVD file of Kil Ja LEE            _____   _____

64)   MVD file of Keun Seok BANG        _____   _____

65)   MVD file of Jin Woo PARK          _____   _____

66)   MVD file of Kyung Ja PARK         _____   _____

67)   MVD file of Jum Soo PARK          _____   _____

68)   Application summary chart for Laserna      _____   _____

69)   Application summary chart for Pangelinan   _____   _____

70)   Application summary chart for Untalan      _____   _____

71)   Application summary chart for Duenas       _____   _____

72)   Application summary chart for Kawamoto     _____   _____

4

| | | |
|---|---|---|
| 1 | 73) Application summary chart for Garcia | _____ _____ |
| 2 | 74) Guam driver's licenses from arrested persons | _____ _____ |
| 3 | 75) Lee's affirmation of handwriting on applications | _____ _____ |
| 4 | 76) Laserna's affirmation of handwriting on applications | _____ _____ |
| 5 | 77) Untalan's affirmation of handwriting on applications | _____ _____ |
| 6 | 78) Kawamoto's affirmation of handwriting on applications | _____ _____ |
| 7 | 79) Duenas'a affirmation of handwriting on applications | _____ _____ |
| 8 | 80) Pangelinan's affirmation of handwriting on applications | _____ _____ |
| 9 | 81) Pangelinan's identification of ITIN letters | _____ _____ |
| 10 | 82) Garcia's affirmation of handwriting on applications | _____ _____ |
| 11 | 83) ITIN Letter given to Sang Ho Kim by Lee on 1/31/05 | _____ _____ |

5