**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-08-00004　　　　　　　　　　　DATE: May 16, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber, Kim R. Walmsley　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　　Electronically Recorded: 10:19:50 - 11:15:50

**APPEARANCES:**

Defendant: Eun Young Lee-present　　　　　　Attorney: Richard Arens - FPD
　　　　　　Marcelino J. Laserna-not present　　　　　　　Mark Smith - CJA Appointed
　　　　　　John W.C. Duenas-present　　　　　　　　　　Cynthia V. Ecube-CJA Appointed
　　　　　　Mary C. Garcia-not present　　　　　　　　　　Leilani Lujan-Retained
　　　　　　Joseph Pangelinan-not present　　　　　　　　Louie Yanza-CJA Appointed
　　　　　　Francisco S.N. Kawamoto-Present　　　　　　　Stephanie Flores-CJA Appointed
　　　　　　Margaret B. Untalan-present　　　　　　　　　Rawlen Mantanona-CJA Appointed

DEFENDANT NOT PRESENT　　　　　　　　　☑ Present ☐ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson　　　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference**

- Proceedings continued to allow parties to discuss issues raised by the Court. Pretrial Conference continued to: <u>May 19, 2008 at 8:00 a.m.</u>

NOTES: