LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Mary C. Garcia*

FILED
DISTRICT COURT OF GUAM

MAY 19 2008 RD.

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR08-00004 |
| vs. | |
| MARY C. GARCIA et al., | **DEFENDANT MARY C. GARCIA'S NOTICE OF JOINDER** |
| Defendants. | |

COMES NOW, Defendant MARY C. GARCIA, by and through undersigned counsel, and joins in Co-Defendant **Joseph Pangelinan**'s Exhibit List, Witness List, Proposed Voir Dire Questions, Proposed Jury Instructions and Co-Defendant **Margaret B. Untalan**'s Exhibit List and Witness List. Defendant Garcia reserves the right to supplement the above-referenced documents and to incorporate the U.S. Government's exhibits and proposed jury instructions.

Dated this 19th day of May, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Mary C. Garcia*

G-0051/929-00/LVL:eol

# CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT MARY C. GARCIA'S NOTICE OF JOINDER** to be served on the following individuals or entities on May 19, 2008, via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

John T. Gorman, Esq.
Federal Public Defender
First Hawaiian Bank
Maite, Guam 96910
*Attorneys for co-Defendant Eun Young Lee*

Mark S. Smith, Esq.
Law Offices of Mark S. Smith
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
*Attorneys for co-Defendant Marcelino J. Laserna*

Cynthia V. Ecube, Esq.
Law Offices of Cynthia V. Ecube
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant John W.C. Duenas*

Louie J. Yanza, Esq.
MAHER YANZA FLYNN & TIMBLIN LLP
115 Hesler Place, Ground Floor
Governor Flores Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant Joseph Pangelinan*

| | |
|---|---|
| 1 | Stephanie G. Flores, Esq. |
| 2 | Quan & Lopez LLP |
| | Suite 202 Quan Building |
| 3 | 324 West Soledad Avenue |
| | Hagåtña, Guam 96910 |
| 4 | *Attorneys for co-Defendant Francisco S.N. Kawamoto* |
| 5 | |
| | Rawlen M.T. Mantanona, Esq. |
| 6 | CABOT MANTANONA LLP |
| | Edge Building, Second Floor |
| 7 | 929 South Marine Corps. Drive |
| | Tamuning, Guam 96913 |
| 8 | *Attorneys for co-Defendant Margaret B. Untalan* |

Dated this 19th day of May, 2008.

                                    **LUJAN AGUIGUI & PEREZ LLP**

                                    By: _/s/_____
                                        **LEILANI V. LUJAN, ESQ.**
                                        *Attorneys for Defendant Mary C. Garcia*