LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, et. al., | ) | |
| Defendants. | ) | |

I hereby certify that on May 22, 2008, I electronically filed the following document:

United States Notice of Brady Materials with the Clerk of Court using the CM/ECF system, and

I hereby certify that on May 22, 2008, I caused to be served via U.S. Mail and/or hand delivery,

copies of the aforementioned document(s) to the following non-registered participants:

Rawlen Mantanona
2nd Floor Edge Bldg.
929 South Marine Corps Drive
Tamuning, Guam 96913

Mark Smith
Suite 102-D
456 West O'Brien Drive
Hagatna, Guam 96910

Leilani Lujan
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and NMI

By:   /s/ Karon V. Johnson
       KARON V. JOHNSON
       Assistant U.S. Attorney