1    EYLeetrial.exh4

2    LEONARDO M. RAPADAS
     United States Attorney
3    KARON V. JOHNSON
     Assistant U.S. Attorney
4    Suite 500, Sirena Plaza
     108 Hernan Cortez Avenue
5    Hagatna, Guam  96910
     Telephone:  (671) 472-7332
6    Telecopier:  (671) 472-7334

7    Attorneys for the United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE TERRITORY OF GUAM
10
     UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO.  08-00004
11                                     )
                     Plaintiff,        )
12                                     )
                 vs.                   )        **UNITED STATES TO**
13                                     )        **SUBSTITUTE EXHIBITS**
     EUN YOUNG LEE,                    )
14       aka Eun Young Cho,            )
         aka Ina Lee,                  )
15   MARCELINO J. LASERNA,             )
     JOHN W.C. DUENAS,                 )
16   MARY C. GARCIA,                   )
     JOSEPH PANGELINAN,                )
17   FRANCISCO SN KAWAMOTO, and        )
     MARGARET B.  UNTALAN,             )
18                                     )
                     Defendants.       )
19   _____   )

20        COMES NOW the United States and hereby substitutes the following exhibits:

21   Exhibit 1 has had additional documents added and Exhibits 6, 14, 17, 18, 20, 35, 36, 37, 38, 43,

22   44, 45 and 49 are clearer, color copies.

23        Respectfully submitted this   23rd   day of May, 2008.

24                                         LEONARDO M. RAPADAS
                                           United States Attorney
25                                         Districts of Guam and CNMI

26
                                      By:    /s/ Karon V. Johnson
27                                         KARON V. JOHNSON
                                           Assistant U.S. Attorney
28