LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>          vs.<br><br>EUN YOUNG LEE,<br>    aka Eun Young Cho,<br>    aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>          Defendants. | CRIMINAL CASE NO. 08-00004<br><br>**AMENDED<br>UNITED STATES TO<br>SUBSTITUTE EXHIBITS** |

COMES NOW the United States and hereby substitutes the following exhibits:

Exhibits 1 and 6 have additional documents added and Exhibits 14, 17, 18, 20, 35, 36, 37, 38, 43, 44, 45 and 49 are clearer, color copies.

Respectfully submitted this __23rd__ day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By:    /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney