LAW OFFICE OF CYNTHIA V. ECUBE, ESQ. P.C.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
JOHN W. C. DUENAS

FILED
DISTRICT COURT OF GUAM
MAY 23 2008 P.D.
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR08-00004 |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF JOINDER |
| vs. ) | |
| ) | |
| JOHN W. C. DUENAS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Defendant, JOHN W. C. DUENAS, by through his Court appointed counsel, CYNTHIA V. ECUBE, ESQ., and hereby joins in with Co-Defendant, MARGARET B. UNTALAN, JOSEPH PANGELINAN, MARY C. GARCIA, AND FRANCISCO KAWAMOTO'S Opposition to Government's Motion in Limine, herein.

DATED this 22ⁿᵈ day of May, 2008.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*
JOHN W. C. DUENAS

ORIGINAL

# CERTIFICATE OF SERVICE

I, **AMBER SANCHEZ**, Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 22nd day of May, 2008, I caused to be served by facsimile and personal service a copy of the "Notice of Joinder" in Criminal Case No. : CR08-00004.

**KARON V. JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Facsimile No. 472-7334
Attorney for the Government

**MARK S. SMITH, ESQ.**
Law Office of Mark S. Smith
456 W. O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Facsimile No. 477-8831
Counsel for Defendant Marcelino J. Laserna

**MR. RICHARD ARENS**
Federal Public Defender
501 First Hawaiian Bank Building 400 Route 8
Mongmong, Guam 96910
Facsimile No. 472-7120
Counsel for Defendant Eun Young Lee

**LOUIE J. YANZA, ESQ.**
Maher.Yanza.Flynn.Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Facsimile No. 472-5487
Counsel for Defendant Joseph Pangelinan

**RAWLEN M. T. MANTANONA, ESQ.**
Cabot Mantanona, LLP
Edge Building Second Floor
929 South Marine Corps Drive
Tamuning Guam, 96913
Facsimile No. 646-0777
Counsel for Defendant Margaret B. Untalan

CVE/abs
L:\...\CVE-CLIENTS\Duenas, John W. C.\Notice of Joinder\3.22.08

**STEPHANIE G. FLORES, ESQ.**
Quan & Lopez, LLP
Quan Building, Suite 202
#324 Soledad Avenue
Hagåtña, Guam 96910
Facsimile No. 479-1002
Counsel for Francisco Kawamoto

**LEILANI V. LUJAN, ESQ.**
Lujan Aguigui & Perez LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Facsimile No. 477-5297
Counsel for Mary C. Garcia

_/s/ AMBER SANCHEZ_