**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Mary C. Garcia*

FILED
DISTRICT COURT OF GUAM

MAY 27 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR08-00004 |
| vs. | |
| MARY C. GARCIA et al., | **DEFENDANT MARY C. GARCIA'S REQUESTED VOIR DIRE; CERTIFICATE OF SERVICE** |
| Defendants. | |

COMES NOW, Defendant MARY C. GARCIA, through her counsels of record, and submits the following proposed voir dire pursuant to Federal Rules of Criminal Procedure Rule 24(a).

    A.    **Membership in organizations devoted towards fighting or preventing crimes**

    1.    Is there anyone here who has been or is a member of, or has a family member or closed who has been or is a member of the following organizations:

        Crime Stoppers
        Mothers Against Drunk Drivers (MADD)
        Victim Advocates Reaching Out (VARO).

B. **Law Enforcement Agencies**

1. Is there anyone here who has or is working for, or has had or has a family member or close friend working for the following agencies:

> United States Attorney's Office;
> Federal Bureauof Investigation (FBI);
> Drug enforcement Agency (DEA);
> Department of Treasury;
> Tobacco, Alcohol and Firearms bureaus;
> United States Customs Services;
> United States District Court of Guam;
> United States Probation Office;
> United States Bureau of Prisons;
> Office of the Attorney General of Guam;
> Guam Police Department;
> Guam Department of Corrections;
> Guam Parole Board;
> Guam Customs Services;
> Superior Court of Guam;
> Guam Police Reserve.

C. **Courtroom Experience**

1. Is there anyone here who has been involved in a criminal case as a follows:

   i. Victim of a crime?

   ii. Witness to a crime (whether you did or did not testify in court)?

   iii. Testifed in a criminal case, either at a Grand Jury proceeding or at a criminal trial in court?

   iv. Interviewed in connection with a criminal case? If so, by whom and when?

2. As a result of that experience, do you have any sympathy or prejudice against the Defendant or Government in this case?

Dated this 24th day of May, 2008.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Mary C. Garcia*

G-0051/929-00/LVL:eol

# CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT MARY C. GARCIA'S REQUESTED VOIR DIRE** to be served on the following individuals or entities on May 27th, 2008, via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

John T. Gorman, Esq.
Federal Public Defender
First Hawaiian Bank
Maite, Guam 96910
*Attorneys for co-Defendant Eun Young Lee*

Mark S. Smith, Esq.
Law Offices of Mark S. Smith
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
*Attorneys for co-Defendant Marcelino J. Laserna*

Cynthia V. Ecube, Esq.
Law Offices of Cynthia V. Ecube
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant John W.C. Duenas*

Louie J. Yanza, Esq.
MAHER YANZA FLYNN & TIMBLIN LLP
115 Hesler Place, Ground Floor
Governor Flores Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant Joseph Pangelinan*

Stephanie G. Flores, Esq.
Quan & Lopez LLP
Suite 202 Quan Building
324 West Soledad Avenue
Hagåtña, Guam 96910
*Attorneys for co-Defendant Francisco S.N. Kawamoto*

Rawlen M.T. Mantanona, Esq.
CABOT MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps. Drive
Tamuning, Guam 96913
*Attorneys for co-Defendant Margaret B. Untalan*

Dated this 27th day of May, 2008.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Mary C. Garcia*