CASE NO.: CR-08-00004  DATE: May 29, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 9:09:20 - 10:43:50

**APPEARANCES:**

Defendant: Eun Young Lee  Attorney: Richard Arens
Marcelino J. Laserna  Mark Smith
John W.C. Duenas  Cynthia Ecube
Mary C. Garcia  Leilani Lujan
Joseph Pangelinan  Louie Yanza
Francisco SN Kawamoto-  Stephanie Flores
presence waived  Rawlen Mantanona
Margaret B. Untalan

☑Present ☐Custody ☐Bond ☐P.R.  ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Hearing on All Motions**
- All defendants joined in the final exhibit list, witness list, objections to Government motions, opening jury instructions, closing jury instructions, and proposed voir dire.
- Government's motion to delineate the words driver's license found in counts XI (p.16:12-13) and XIX (p.19:13-14) - granted.
- Parties to discuss possible admission of Jury Instruction 2.13.
- Defendant Pangelinan's motion for investigative services - granted. Untalan's request for emergency additional allowance for further investigative services withdrawn
- Court took judicial notice of Government's Exhibit 1.
- Jury Instruction for a Violation of 18 U.S.C. 1028(a)(1) and motion to allow testimony of other uncharged conduct held in abeyance.
- Court will allow Exhibits 14 and 68 through 73 provided the Government lays the proper foundation at trial.
- Government withdrew request for admission of possible *Bruton* materials.

NOTES: Proceedings continued to May 30, 2008 at 10:45 AM.