```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  KARON V. JOHNSON
    Assistant U.S. Attorney
 3  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 4  Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
 5  FAX:  (671) 472-7215

 6  Attorneys for the United States of America
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, et. al., | ) | |
| Defendants. | ) | |

I hereby certify that on June 2, 2008, I electronically filed the following document: United States Response to Court's Proposal to Redact Indictment and United States Response to Defendant's Proposed § 1028 Jury Instruction with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 2, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

```
        Rawlen Mantanona              Mark Smith
        2nd Floor Edge Bldg.          Suite 102-D
        929 South Marine Corps Drive  456 West O'Brien Drive
        Tamuning, Guam 96913          Hagatna, Guam 96910

        Leilani Lujan
        Suite 300, DNA Bldg.
        238 Archbishop Flores St.
        Hagatna, Guam 96910
```

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI


                                By:     /s/ Karon V. Johnson
                                        KARON V. JOHNSON

Assistant U.S. Attorney