IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: CR-08-00004　　　　　　　　　　　　DATE: June 02, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　　Electronically Recorded: 10:15:50 - 11:40:40
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:12:28 - 2:28:22
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:46:33 - 4:20:22

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　　　　Attorney: Richard Arens
　　　　　　Marcelino J. Lacerna　　　　　　　　　　　Mark Smith
　　　　　　John W.C. Duenas　　　　　　　　　　　　Cynthia Ecube
　　　　　　Mary C. Garcia　　　　　　　　　　　　　Leilani Lujan
　　　　　　Joseph Pangelinan　　　　　　　　　　　Louie Yanza
　　　　　　Francisco SN Kawamoto　　　　　　　　Stephanie Flores
　　　　　　Margaret B. Untalan　　　　　　　　　　Rawlen Mantanona

☑ Present ☑ Custody ☑ Bond ☑ P.R.　　　　☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Hearing on All Motions**

- Defense counsel to submit response to Government's Memorandum re Indictment by 8:30 a.m., 6/3/2008.
- Court accepted Exhibits 16-35 of Government's Trial Memorandum as redacted. Government to provide a copy of the redacted exhibits to defense counsel and court on 6/3/2008.
- Government submitted an offer of proof for all alleged co-conspirators who may testify at trial.
- Court took issue of Deliberate Ignorance under advisement.
- Hearing on redaction of tax records continued to <u>6/3/2008</u>.
- Motions hearing continued to <u>6/3/2008 at 9:00 a.m.</u>
- Jury selection and trial to commence <u>6/4/2008 at 9:00 a.m.</u>

NOTES:　Counsel for Defendants Lee, Laserna, Duenas, Pangelinan, Kawamoto and Duenas requested their clients' presense be waived for 6/3/2008 hearing.
　　　　　Court to provide requested copies of juror questionnaire by 6/3/2008.
　　　　　Request for 1-1/2 hour long lunch recess and/or interim payments taken under advisement.
　　　　　Use of Blackberry and/or cell phone texting by defense counsel approved for use when court is not in session and for limited purpose of contacting office staff.