CASE NO.: CR-08-00004  DATE: June 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 9:11:05 - 10:01:46
     10:07:49 - 10:37:45

**APPEARANCES:**

Defendant: Eun Young Lee  Attorney: Richard Arens
  Marcelino J. Lacerna   Mark Smith
  John W.C. Duenas   Cynthia Ecube
  Mary C. Garcia-present   Leilani Lujan
  Joseph Pangelinan   Louie Yanza
  Francisco SN Kawamoto   Stephanie Flores
  Margaret B. Untalan   Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Continued Hearing on All Motions**

- Court accepted Government's offer of proof and will allow testimony of alleged co-conspirators at trial.
- Court ruled that defendant Lee's name will be kept in the Indictment and a curative instruction will be given to jurors.
- Redactions to Exhibits 16, 24 and 31 of Government's Trial Memorandum reviewed and accepted.
  Government to provide a copy to defense counsel and court.
- Jury selection and trial to commence 6/4/2008 at 9:00 a.m.

NOTES: Defendants Lee, Laserna, Duenas, Pangelinan, Kawamoto and Duenas not present.
Juror questionnaires given to all counsel.
Jury selection process discussed.
Trial schedule - morning session: 9:00 a.m. to noon
    lunch: noon to 1:30 p.m.
    afternoon session: 1:30 p.m. to 4:30 p.m.
Court grants 15 minutes per party for opening statements.
Request made by defense counsel to be advised in advance of witnesses to be called. Government informed defense counsel of witness to be called on first day: Frank Blas, Jesse Salas, Christine San Agustin and possibly Francine Prince.