| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: June 04, 2008 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 9:11:17 - 10:36:12
          Virginia T. Kilgore            11:10:39 - 12:14:52
                          1:34:24 - 2:52:00
                          3:02:25 - 3:33:02
                          3:41:30 - 4:04:30

**APPEARANCES:**

Defendant: Eun Young Lee          Attorney: Richard Arens
      Marcelino Laserna              Mark Smith
      John Duenas                    Cynthia Ecube
      Mary Garcia                    Leilani Lujan
      Joseph Pangelinan              Louie Yanza
      Francisco Kawamoto             Stephanie Flores
      Margaret Untalan               Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.    ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson         U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                         Language:

**PROCEEDINGS: Jury Selection**
- Voir dire begun.
- Voir dire held.
- 12 jurors selected and instructed to return 6/6/2008 at 2:00 p.m.
- 13 remaining potential jurors instructed to return 6/6/2008 at 1:00 p.m.
- Selection of alternate jurors set for 6/6/2008 at 9:00 a.m.

NOTES: David Lujan also appeared for Defendant Garcia.