**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Mary C. Garcia*

**FILED**
DISTRICT COURT OF GUAM
JUN 0 5 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR08-00004 |
| vs. | |
| MARY C. GARCIA et al., | **DEFENDANT MARY C. GARCIA'S EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| Defendants. | |

COMES NOW, Defendant MARY C. GARCIA, through her counsels of record, and submits the following exhibits to be introduced in trial in the above-entitled case.

| EXHIBIT | DOCUMENT DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| G-A | Plea Agreement of Kil Ja Lee | | |
| G-B | Judgment of Kil Ja Lee | | |
| G-C | 5/22/07 Report re: Kil Ja Lee | | |
| G-D | 10/1/07 Interview of Kil Ja Lee | | |
| G-E | Plea Agreement of Jin Woo Park | | |

Page 1 of 3
*USA v. Mary C. Garcia*
Criminal Case No. CR08-00004
Notice of Joinder; Certificate of Service

Case 1:08-cr-00004    Document 238    Filed 06/05/2008    Page 1 of 3

ORIGINAL

| G-F | Amended Plea Agreement of Jin Woo Park | _____ _____ |
| G-G | Judgment of Jin Woo Park | _____ _____ |
| G-H | 6/22/07 Interview of Jin Woo Park | _____ _____ |

Respectfully submitted this 5th day of June, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Mary C. Garcia*

G-0051/929-00/LVL:eol

# CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT MARY C. GARCIA'S EXHIBIT LIST** to be served on the following individuals or entities on June 5, 2008, via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

Richard Arens, Esq.
Federal Public Defender
First Hawaiian Bank
Maite, Guam 96910
*Attorney for co-Defendant Eun Young Lee*

Mark S. Smith, Esq.
Law Offices of Mark S. Smith
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
*Attorney for co-Defendant Marcelino J. Laserna*

Cynthia V. Ecube, Esq.
Law Offices of Cynthia V. Ecube
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagåtña, Guam 96910
*Attorney for co-Defendant John W.C. Duenas*

Louie J. Yanza, Esq.
MAHER YANZA FLYNN & TIMBLIN LLP
115 Hesler Place, Ground Floor
Governor Flores Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant Joseph Pangelinan*

Stephanie G. Flores, Esq.
Quan & Lopez LLP
Suite 202 Quan Building
324 West Soledad Avenue
Hagåtña, Guam 96910
*Attorney for co-Defendant Francisco S.N. Kawamoto*

Rawlen M.T. Mantanona, Esq.
CABOT MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps. Drive
Tamuning, Guam 96913
*Attorneys for co-Defendant Margaret B. Untalan*

Dated June 5, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**LEILANI V. LUJAN, ESQ.**
*Attorneys for Defendant Mary C. Garcia*