# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004        DATE: June 12, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded:   9:08:06 - 10:38:42
                                                                10:59:04 - 12:01:00
                                                                 1:31:40 -  2:40:20
                                                                 2:55:02 -  4:25:55

**APPEARANCES:**

Defendant: Eun Young Lee              Attorney: Richard Arens
           Marcelino Laserna                    Mark Smith
           John Duenas                          Cynthia Ecube
           Mary Garcia                          Leilani Lujan
           Joseph Pangelinan                    Louie Yanza
           Francisco Kawamoto                   Stephanie Flores
           Margaret Untalan                     Rawlen Mantanona

☑ Present  ☐ Custody  ☐ Bond  ☐ P.R.     ☑ Present  ☑ Retained  ☑ FPD  ☑ CJA

U.S. Attorney: Karon Johnson             U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                              Language:

**PROCEEDINGS: Jury Trial - Day 4**
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Jurors instructed to report back on: June 13, 2008 at 8:45 a.m.
- Jury Trial (Day 5) continued to: June 13, 2008 at 9:00 a.m.

Notes:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| **EUN YOUNG LEE,** | Case Number: **CR-08-00004** |

| PRESIDING JUDGE<br>**FRANCES M. TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE (S)<br>**JUNE 9, 10, 11, 12, 2008** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 6/9/08 - Day 1 - Commence trial; opening instructions; reading of indictment; opening statements given |
| | | | | | | 1:34:00 - **Frank Blaz** called and sworn |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 6/9/08 | 6/9/08 | 6/9/08 | 1:56:50 - Exhibit 1 pages 1-24 offered and admitted |
| | | | 6/9/08 | | | 2:24:30 - Exhibits 9, 10, 17-67 offered by Government; Objections made. |
| | | | | | | 2:25:15 - CX by Ms.Lujan - Exhibits 63, 64, 65, 66, 67 |
| | | | | | | 2:32:00 - Re-DX by Ms. Johnson |
| | | | | | | 2:39:04 - Re-CX by Ms. Lujan |
| | | | | | | 2:40:55 - CX by Mr. Mantanona - Exhibits 48, 49, 50, 51 |
| | | | | | | 2:45:00 - Re-DX by Ms. Johnson - Exhibits 46, 47-51 |
| | | | | | | 2:46:57 - Re-CX by Mr. Mantanona - Exhibits 49, 50, 51 |
| | | | | | | 2:47:41 - Jurors excused - 15 minutes recess |
| | | | | | | 2:54:15 - Re-CX by Ms. Lujan - |
| | | | | | | 3:02:05 - 5 minute recess |
| | | | | | | 3:15:59 - Court resumes session |
| | | | | | | 3:21:02 - Jurors excused - 15 minutes recess |
| | | | | | | 3:27:30 - Government withdraws questioning as to copies of exhibits. |
| | | | | | | 3:32:15 - Re-DX by Ms. Johnson |
| | | | | | | 3:33:00 - Originals of exhibits 9, 10 and 17 to 67 offered. |
| | | | | | | 3:33:09 - CX by Mr. Yanza |
| | | | | | | 3:40:45 - Government renews offer of exhibits |
| | | | | | | 3:41:17 - Re-CX by Ms. Lujan |
| | | | | | | 3:52:00 - Re-DX by Ms. Johnson |
| | | | | | | 3:56:41 - Renew offer of original Exhibits 9, 10 and 17 to 67 |
| | | | | | | 356:55 - CX by Ms. Flores |
| | | | | | | 4:13:07 - Government renews offer of Exhibits 9, 10 and 17 through 67 |
| | | | | | | 4:14:38 - CX by Ms. Ecube |
| | | | | | | 4:31:39 - Jurors excused for the day |
| | | | | | | 4:39:52 - Witness excused for the day; request to reconvene 6/10/2008 at 9:00 a.m. |
| | | | | | | 4:40:40 - End Day 1 |
| | | | | | | 9:05:31 - Begin Day 2 - June 10, 2008 |
| | | | | | | 9:10     - Witness **Frank Blaz** seated |

Page -1-

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 2008 | | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:12 - Continued CX by Ms. Ecube | |
| | | | | | | 9:27 - CX by Mr. Smith | |
| | | | | | | 10:31:00 - Re-DX by Ms. Johnson | |
| | | | | | | 10:33:41 - Jurors excused - 15 minutes recess | |
| | | | | | | 11:04:55 - Court recess | |
| | | | | | | 11:23:05 - Jurors excused - lunch break - return by 1:15 p.m. | |
| | | | | | | 11:37:59 - Re-CX by Ms. Lujan | |
| | | | | | | 12:00:00 - 1:24:56 - Lunch Recess | |
| | 9-10 | | 6/9/08 | 6/9/08 | 6/10/08 | 1:30 - Exhibits 9, 10 | |
| | 17 - 67 | | 6/9/08 | 6/9/08 | 6/10/08 | Exhibits 17 through 67 conditionally admitted | |
| | | | | | | 1:41:00 - Jurors re-enter | |
| | | | | | | 1:41:15 - **Frank Blaz** seated | |
| | | | | | | 1:58:56 - CX by Mr. Mantanona | |
| | 1-1 | | | 6/10/08 | | 11 GCA § 1103 | |
| | 1-2 | | | 6/10/08 | | 11 GCA § 1103 | |
| | 1-3 | | | 6/10/08 | | 11 GCA § 1104 | |
| | 1-4 | | | 6/10/08 | | 11 GCA § 1106 | |
| | 1-5 | | | 6/10/08 | | 11 GCA § 1107 | |
| | 1-6 to 1-13 | | | 6/10/08 | | 11 GCA § 3101 | |
| | 1-14 | | | 6/10/08 | | 12/27/89 Memorandum from Director's Assistant Joaquin L.G. Diego | |
| | 1-15 to 1-19 | | | 6/10/08 | | 12/5/89 Attorney General Opinion | |
| | 1-20 | | | 6/10/08 | | 6/2/97 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | 1-21 | | | 6/10/08 | | 2/5/99 Memorandum from Department of Revenue and Taxation, Director | |
| | 1-22 | | | 6/10/08 | | 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | 1-23 | | | 6/10/08 | | 7/16/04 Memorandum from Department of Revenue and Taxation | |
| | | U-P | 6/10/08 | 6/10/08 | 6/10/08 | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered and admitted without objection | |
| | | U-P 156 | | 6/10/08 | | page 156 - 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores | |
| | | U-P 159 | | 6/10/08 | | page 159 - 11/7/02 Acknowledge Receipt | |
| | | U-P 248 | | 6/10/08 | | Internal Revenue Service Individual Taxpayer Identification Notice | |
| | | U-P 246-247 | | 6/10/08 | | Printout of Internal Revenue Service webpage regarding Individual Taxpayer Identification Number | |
| | | | | | | 2:57:05 - Jurors excused | |
| | | | | | | 3:00:00 - 3:21:12 - Afternoon break | |
| | | | | | | 3:22:05 - Jurors seated | |
| | | | | | | 3:22:15 - Continued CX by Mr. Mantanona | |
| | 9-1 | | | 6/10/08 | | MVD file for Sang Mee Chun | |
| | | U-M | 6/10/08 | 6/10/08 | 6/10/08 | Driver's License Examiner I - offered and admitted without objection | |
| | | U-N | 6/10/08 | 6/10/08 | 6/10/08 | Driver's License Examiner II - offered and admitted without objection | |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | U-O | 6/10/08 | 6/10/08 | 6/10/08 | Driver's License Examiner III - offered and admitted without objection |
| | | | | | | 3:41:39 - CX by Ms. Flores |
| | 9-1 | | | 6/10/08 | | MVD file for Sang Mee Chun |
| | | | | | | 3:55:00 - CX by Mr. Yanza |
| | 9-1 | | | 6/10/08 | | MVD file for Sang Mee Chun |
| | 10 | | | 6/10/08 | | MVD file for Mike Park |
| | | M | 6/10/08 | 6/10/08 | 6/10/08 | Computer Printout - offered and admitted without objection |
| | | M898 | | 6/10/08 | | computer printout |
| | | M899 | | 6/10/08 | | computer printout |
| | | M900 | | 6/10/08 | | computer printout |
| | | M901 | | 6/10/08 | | computer printout |
| | | M902 | | 6/10/08 | | computer printout |
| | | | | | | 4:22:30 - jurors excused for the day |
| | | | | | | 4:23:40 - End Day 2 |
| | | | | | | 9:00:43 - Begin Day 3 - June 11, 2008 |
| | | | | | | 9:07:08 - Witness **Frank Blaz** seated |
| | | | | | | 9:07:46 - Jurors seated |
| | | | | | | 9:08:25 - CX by Ms. Lujan |
| | | U-W | 6/11/08 | 6/11/08 | 6/11/08 | Memorandum from Director re Requirement for Driver's License/Assignment of ITIN - offered and admitted without objection |
| | | U-U | 6/11/08 | 6/11/08 | 6/11/08 | Assignment of ITIN Number - Exhibit U-U offered and admitted without objection |
| | | U-P 156 | | 6/11/08 | | page 156 - 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores |
| | 63 | | | 6/11/08 | | MVD file for - Kil Ja Lee |
| | 65 | | | 6/11/08 | | MVD file for - Jin Woo Park |
| | 64 | | | 6/11/08 | | MVD file for - Keun Seok Bang |
| | 66 | | | 6/11/08 | | MVD file for - Kyung Ja Park |
| | 67 | | | 6/11/08 | | MVD file for - Jum Soo Park |
| | | | | | | 10:29:10 - Jurors excused - 15 minutes recess |
| | | | | | | 10:29:15 - Witness Blaz seated |
| | | | | | | 10:51:45 - Jurors seated |
| | | | | | | 10:52:15 - CX by Ms. Ecube |
| | 1-21 | | | 6/11/08 | | Memorandum |
| | 53 | | | 6/11/08 | | MVD file for - Ha Young Kim |
| | | U-M | | 6/11/08 | | Driver's License Examiner I Job Description |
| | | U-N | | 6/11/08 | | Driver's License Examiner II Job Description |
| | | U-O | | 6/11/08 | | Driver's License Examiner III Job Description |
| | 67-8 | | | 6/11/08 | | Computer printout |
| | 54 | | | 6/11/08 | | MVD file for - You Soon Kim |
| | 55 | | | 6/11/08 | | MVD file for - Sang C. Ryu |
| | 56 | | | 6/11/08 | | MVD file for - Jeong Min Ham |
| | | | | | | 11:47:52 - CX by Mr. Arens |
| | | U-U | | 6/11/08 | | Assignment of ITIN Number |
| | 16-2 | | | 6/11/08 | | Photocopy of ITIN notification |
| | | | | | | 11:56:06 - Jurors excused - lunch break - return by 1:15 p.m. |
| | | | | | | 12:05:00 - 1:34:39 - Lunch recess |
| | | | | | | 1:34:39 - Witness Blaz seated |
| | | | | | | 1:35:30 - Jurors seated |
| | | | | | | 1:38:30 - CX by Mr. Smith |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 17 | | | 6/11/08 | | MVD file for - Sung Min Shing | |
| | 18 | | | 6/11/08 | | MVD file for - Ki Choel Han | |
| | 19 | | | 6/11/08 | | MVD file for - Jung Soo Yang | |
| | 20 | | | 6/11/08 | | MVD file for - Young Min Ko | |
| | 21 | | | 6/11/08 | | MVD file for - Geun Jae Lee | |
| | 22 | | | 6/11/08 | | MVD file for - Seung Pill Choi | |
| | 23 | | | 6/11/08 | | MVD file for - Dong Pyo Hong | |
| | 28 | | | 6/11/08 | | MVD file for - Jun Sung Min | |
| | 29 | | | 6/11/08 | | MVD file for - Hae Sook Kang | |
| | 30 | | | 6/11/08 | | MVD file for - Jae Min Lee | |
| | 31 | | | 6/11/08 | | MVD file for - Tae Kwun Jung | |
| | 32 | | | 6/11/08 | | MVD file for - Won Il Ko | |
| | 36 | | | 6/11/08 | | MVD file for - Jae Hoan Seok | |
| | 35 | | | 6/11/08 | | MVD file for - Myung Sug Kim | |
| | 25 | | | 6/11/08 | | MVD file for - Deuk Soon Choi | |
| | | | | | | 3:04:00 - Jurors excused - 15 minute recess | |
| | | | | | | 3:25:52 - Witness Blaz seated | |
| | | | | | | 3:26:30 -Jurors seated | |
| | | | | | | 3:27:00- Continued CX by Mr. Smith | |
| | | | | | | 3:29:10 - Re-DX by Ms. Johnson | |
| | 11 | | | 6/11/08 | | Fraudulent ITIN letter given to Chun by Lee March 29, 2005 | |
| | 15 | | 6/11/08 | 6/11/08 | 6/11/08 | Department of Treasury-IRS-Blank form; offered and admitted without objections | |
| | | U-P | | 6/11/08 | | Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division | |
| | 85 | | 6/11/08 | 6/11/08 | 6/11/08 | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division | |
| | | | | | | 3:50:25 - Jurors excused | |
| | | | | | | 3:56:48 - Jurors seated | |
| | 55 | | | 6/11/08 | | MVD file for - Sang C. Ryu | |
| | | | | | | 4:20:55- Re-CX by Mr. Mantanona | |
| | 15 | | | 6/11/08 | | Department of Treasury-IRS-Blank form | |
| | | U-U | | 6/11/08 | | Assignment of ITIN Number | |
| | | | | | | 4:31:08 - Jurors excused for the day - return 6/12/08 by 8:45 | |
| | | | | | | 4:41:50 - End Day 3 | |
| | | | | | | 9:08:06 - Begin Day 4 - June 12, 2008 | |
| | | | | | | 9:09:24 - Witness Blaz seated | |
| | | | | | | 9:10:40 - Jurors seated | |
| | | | | | | 9:11:50 - CX by Ms. Smith | |
| | | | | | | 9:13:54 - CX by Mr. Yanza | |
| | 11 | | | 6/12/08 | | Fraudulent ITIN Letter given to Chun by Lee March 29, 2005 | |
| | 15 | | | 6/12/08 | | Department of Treasury-IRS-Blank form | |
| | | | | | | 9:26:12 - CX by Ms. Lujan | |
| | | U-P 156 | | 6/12/08 | | Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division - page 156 | |
| | | U-W | | | | Memorandum from Director re Requirement for Driver's License / Assignment of ITIN | |
| | | | | | | 9:36:40 - CX by Mr. Smith | |
| | | | | | | 9:41:28 - Witness Blaz excused | |
| | | | | | | 9:45:00 - Interpreter Kay Tompkins called and sworn | |

Page -4-

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | | | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 2008 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 9:46:00 - Witness - Jae Hon Seok called and sworn |
| | 36 | | | 6/12/08 | | MVD file for - Jae Hoan Seok |
| | 84 | | | 6/12/08 | | ITIN letter given to Jae Han Seok by Lee on November 30, 2004 |
| | | | | | | 10:38:14 - 10:59:04 - Jurors excused - 15 minute recess |
| | | | | | | 11:02:42 - Jurors seated |
| | | | | | | 11:04:00 - CX by Mr. Arens |
| | | Lee-A p5:9-18 | | | | Plea Agreement, Criminal Case No. CR-06-00088-001, USA vs. Jae Hoan Seok |
| | | | | | | 11:35:00 - Witness excused |
| | | | | | | 11:37:00 - Witness Jesse Salas called and sworn |
| | | | | | | DX by Ms. Johnson |
| | 1-20 to 1-24 | | | 6/12/08 | | 6/2/97 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores; 2/5/99 Memorandum from Department of Revenue and Taxation, Director Joseph T. Duenas; 10/31/02 Memorandum from Department of Revenue and Taxation Administrator Maria C. Flores; 7/16/04 Memorandum from Department of Revenue and Taxation, Director Artemio B. Ilagan |
| | | | | | | 12:01 - 1:31:40 - recess - Lunch break - jurors to return by 1:15; afternoon session to resume at 1:30 |
| | | | | | | 1:31:40 - Witness Salas seated |
| | | | | | | 1:32:50 - Jurors seated |
| | | | | | | 1:33:00 - Continued DX by Ms. Johnson |
| | 40-3 | | | 6/12/08 | | MVD file for Ok Sun Kim, pages 3 and 4 |
| | | | | | | 1:54:15 - CX by Mr. Mantanona |
| | 85 | | | 6/12/08 | | Pages 156, 157, 158 and 159 - Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division |
| | 15 | | | 6/12/08 | | Department of Treasury-IRS-Blank form |
| | | U-U | | 6/12/08 | | Assignment of ITIN Number |
| | | U-W | | 6/12/08 | | Memorandum from Director re Requirement for Driver's License / Assignment of ITIN |
| | 9-1 | | | 6/12/08 | | MVD File of Sang Mee Chun |
| | 1-23 | | | 6/12/08 | | Applicable Guam Statutes, Attorney General's Opinion, page 23 |
| | | U-M | | 6/12/08 | | Guam Department of Revenue and Taxation - Job Description for Driver's License Examiner I |
| | | U-O | | 6/12/08 | | Guam Department of Revenue and Taxation - Job Description for Driver's License Examiner III |
| | | U-P p.16 | | 6/12/08 | | Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division - Instruction Permit and Driver's License Application - page 16 |
| | | | | | | 2:40:20 - 2:55:02 - recess - jurors excused |
| | | | | | | 2:55:02 - Witness seated |
| | | | | | | 2:56:22 - Jurors seated |
| | | | | | | 2:56:35 - Continued CX by Mr. Mantanona |
| | | U-P p.248 | | 6/12/08 | | Guam Department of Revenue and Taxation Motor Vehicle Division Standard Operating Procedure for Licensing Division - page 248 |
| | 15 | | | 6/12/08 | | Department of Treasury-IRS-Blank form |
| | | U-Q | 6/12/08 | 6/12/08 | 6/12/08 | Assignment of ITIN Number for Lee Mi Young - offered and admitted without objection |
| | | U-R | 6/12/08 | 6/12/08 | 6/12/08 | Assignment of ITIN Number for Sam Rang Lee - offered and admitted without objection |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | U-T | 6/12/08 | 6/12/08 | 6/12/08 | Assignment of ITIN Number for Lee Mi Young - offered and admitted without objection | |
| | | U-L | 6/12/08 | 6/12/08 | 6/12/08 | Application for Guam Driver's License (form) - offered and admitted without objection | |
| | | U-V | 6/12/08 | 6/12/08 | 6/12/08 | Department of Revenue and Taxation Licensing Requirements | |
| | 1-1 | | | 6/12/08 | | 11 GCA § 1103 | |
| | 1-2 | | | 6/12/08 | | 11 GCA § 1103 | |
| | 1-3 | | | 6/12/08 | | 11 GCA § 1104 | |
| | 1-4 | | | 6/12/08 | | 11 GCA § 1106 | |
| | 1-5 | | | 6/12/08 | | 11 GCA § 1107 | |
| | 1-6 to 1-13 | | | 6/1/08 | | 11 GCA § 3101 | |
| | | | | | | 3:30 - CX by Ms. Flores | |
| | 15 | | | 6/12/08 | | Department of Treasury-IRS-Blank form | |
| | 40-3 | | | 6/12/08 | | MVD file for Ok Sun Kim, page 3 | |
| | | U-U | | 6/12/08 | | Assignment of ITIN Number | |
| | 56 | | | 6/12/08 | | MVD file for Jeong Min Ham | |
| | 57 | | | 6/12/08 | | MVD file for Mi Jung Kim | |
| | 58 | | | 6/12/08 | | MVD file for Jung Il Chae | |
| | 59 | | | 6/12/08 | | MVD file for Haeng Hwa Lee | |
| | 60 | | | 6/12/08 | | MVD file for Sang Ho Kim | |
| | 61 | | | 6/12/08 | | MVD file for Dong Mi Kang | |
| | 62 | | | 6/12/08 | | MVD file for Sung Hun Kang | |
| | | | | | | 3:57:50 - CX by Mr. Yanza | |
| | 40 | | | 6/12/08 | | MVD file for Ok Sun Kim | |
| | 41 | | | 6/12/08 | | MVD file for Tong Hun Lee | |
| | 42 | | | 6/12/08 | | MVD file for Tae Sung Choi | |
| | 43 | | | 6/12/08 | | MVD file for Yu Suk Kang | |
| | 44 | | | 6/12/08 | | MVD file for Yeong Beom Gim | |
| | 45 | | | 6/12/08 | | MVD file for Ang Mi Choi | |
| | | | | | | 4:25:15 - Jurors excused - | |
| | | | | | | 4:25:55 - End Day 4 | |