1  EYLee

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334
   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EUN YOUNG LEE,<br>　　aka Eun Young Cho,<br>　　aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 08-00004<br><br>**UNITED STATE AMENDED EXHIBIT 14** |

The United States hereby files with this Honorable Court an amended Exhibit 14.

Respectfully submitted this  18th  day of June, 2008.

　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　Districts of Guam and CNMI


　　　　　　　　　　　　　　By:　/s/ Karon V. Johnson
　　　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney