| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |
| 6 | Attorney's for United States of America |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| | ) | |
| EUN YOUNG LEE | ) | |
| a/k/a Eun Young Cho a/k/a Ina Lee, | ) | |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DENAS, | ) | |
| MARY C. GARCIA, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on June 19, 2008, I electronically filed United State's Amended Exhibit 14 with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 19, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document to the following non-registered participants:

       Leilani V. Lujan, Esq.
       Lujan, Aguigui & Perez LLP
       Suite 300, Pacific News Bldg.
       238 Archbishop Flores Street
       Hagatna, GU 96910

| | |
|---|---|
| 1 | Mark S. Smith, Esq.<br>The Law Offices of Mark S. Smith |
| 2 | 456 W. O'Brien Drive<br>Suite 102-D |
| 3 | Hagatna, GU 96910 |

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and the CNMI

                         By:   /s/ Karon V. Johnson
                               KARON V. JOHNSON
                               Assistant U.S. Attorney