

**U.S. Department of Justice**

United States Marshals Service

*Fwd Acting cousin / JSI → file Disposition*

District of Guam

Hagåtña, Guam 96910

June 18, 2008

MEMORANDUM TO: Joaquin L.G. Salas *6-18-08*
Acting U.S. Marshal

FROM: Greg Perez
District Security Officer

SUBJECT: Incident Report

**FILED**
DISTRICT COURT OF GUAM
JUN 1 8 2008
JEANNE G. QUINATA
Clerk of Court

At 0830 while at the first floor of the District Court of Guam, Mr. Danny Quinata, Court Security Officer, and I were waiting for the elevator. Mr. Quinata inquired as to how the jury trial on the 4th floor was progressing. I responded to him that it looked good due to an error made by one of the FBI Agents.

Suddenly, I noticed that one of the Jurors appeared as I was telling Danny my observations on the jury trial. I immediately refrained from making additional comments. Please note that I am not certain whether the Juror heard my comment.

Respectfully,

GREG PEREZ

*Please tell the Offices not to comment on the case.*