# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: 08-00004  DATE: June 27, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos   Electronically Recorded:   9:21:15 - 10:25:31
                                                                 10;46:48 - 12:02:40
                                                                 1:26:29 -  3:04:58
                                                                 3:28:29 -  4:20:47

**APPEARANCES:**

Defendant: Eun Young Lee           Attorney: Richard Arens
           Marcelino Laserna                 Mark Smith
           John Duenas                       Cynthia Ecube
           Mary Garcia                       Leilani Lujan
           Joseph Pangelinan                 Louie Yanza
           Francisco Kawamoto                Stephanie Flores
           Margaret Untalan                  Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R.    ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson       U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon         Language: Korean

**PROCEEDINGS: Jury Trial - Day 15**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Court addressed each defendant individually as to their waiver of right to confront agent. Each defendant informed the court of his/her decision to waive his/her right to confront the prosecutor's witness who is unavailable.
- Exhibit 14 objections made. Court rules the admission of Exhibit 14 with the exception of the removal of its title. Exhibits 2, 3, 6 and 13 remain admitted.
- Parties stipulate as to the immigration status of the licensees listed on Exhibit 14 - all were illegal aliens at the time the applications were entered as reflected on Exhibit 14.
- Government rests its case in chief. Government intends to file a memorandum at the conclusion of it's case.
- Defense ready to file its Rule 29 motion. Defense to present its case in chief 6/30/2008.
- Jury Trial (Day 16) continued to: June 30, 2008 at 8:30 AM.

NOTES:

Jurors instructed to report for duty by 9:45 a.m., 6/30/08.

| PRESIDING JUDGE  FRANCES M. TYDINGCO-GATEWOOD | | | | | PLAINTIFF'S ATTORNEY  KARON JOHNSON | DEFENDANT'S ATTORNEY  RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S)  JUNE 9, 10, 11, 12, 13, 2008  JUNE 16, 17, 18, 19, 20, 2008  JUNE 23, 24, 25. 26, 27, 2008 | | | | | COURT REPORTER  WANDA MILES | COURTROOM DEPUTY  CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 132:42 - Witness Agent Klocke seated |
| | | | | | | 1:33:03 - Jurors seated |
| | | | | | | 1:33:28 - Continued DX by Ms. Johnson |
| | 14 | | 6/27/08 | 6/27/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 1/25/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government (Agent Klocke) |
| | | | | | | 1:45:54 - Voir Dire by Ms. Ecube in aid of an objection |
| | 14-1 14-2 | | 6/27/08 | 6/27/08 | | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government (Agent Klocke) |
| | 6-3 | | 6/16/08 | 6/27/08 | 6/16/08 | License exam history files, sorted by record key, offered and admitted without objection (Christine San Agustin) |
| | | | | | | 2:14:54 - Voir Dire by Mr. Smith in aid of an objection |
| | 6-2 | | 6/16/08 | 6/27/08 | 6/16/08 | License exam history files, sorted by record key, offered and admitted without objection (Christine San Agustin) |
| | 14-1 | | 6/27/08 | 6/27/08 | | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government (Agent Klocke) |
| | | | | | | 2:39:06 - Voir Dire by Ms. Lujan in aid of an objection |
| | 14-1 | | 6/27/08 | 6/27/08 | | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government (Agent Klocke) |
| | | | | | | 2:46:48 - Voir Dire by Mr. Arens in aid of an objection |
| | 14 | | 6/27/08 | 6/27/08 | | **updated 6/25/08 - Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government (Agent Klocke) |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 3:01:10 - Re-CX by Ms. Ecube - voir dire in aid of objection |
| | | | | | | 3:04:58 - 3:28:29 - Afternoon recess |
| | | | | | | 3:32:48 - Jurors seated |
| | | | | | | 3:32:55 - Re-CX by Mr. Smith - voir dire in aid of objection |
| | | | | | | 3:39:54 - Court discussion and ruling on admission of Exhibit 14 - Court admits Exhibit 14 with the exception of the removal of the caption "Timeline for § 1028 Defendants" |

Page -26-

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | | | | | KARON JOHNSON | **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
| HEARING DATE (S) **JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 JUNE 23, 24, 25. 26, 27, 2008** | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 14 | | 6/27/08 | 6/27/08 | 6/27/08 | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05 showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, time and date application was entered into the MVD computer, date of written test, date of issuance of license; offered by the Government, admitted with the exception of the removal of the caption "Timeline for § 1028 Defendants" (Agent Klocke) |
| | | | | | | 3:49:06 - Witness **Richard Flores** called and sworn |
| | | | | | | 3:49:09 - DX by Ms. Johnson; parties stipulated that all licensees listed on Exhibit 14 were illegal aliens at the time the applications were entered. |
| | | | | | | 3:58:51 - Witness excused |
| | | | | | | 3:59:39 - Government rests its case in chief; defense to present case on Monday, 6/30/08 |
| | | | | | | 4:20:47 - End day 15 |