**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Mary C. Garcia*

**FILED**
DISTRICT COURT OF GUAM

JUN 30 2008 rd.

**JEANNE G. QUINATA**
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MARY C. GARCIA et al.,<br><br>Defendants. | CRIMINAL CASE NO. CR08-00004<br><br>**DEFENDANT MARY C. GARCIA'S NOTICE OF JOINDER** |

COMES NOW, Defendant **MARY C. GARCIA**, by and through undersigned counsel, and joins in Co-Defendant **FRANCISCO KAWAMOTO**'s Memorandum Regarding Government's False Use of Knowingly False Testimony, Co-Defendant **JOSEPH PANGELINAN**'s Memorandum Regarding Witnesses Self-Incrimination.

Dated this 30th day of June, 2008.

LUJAN AGUIGUI & PEREZ LLP

By:_____
**LEILANI V. LUJAN, ESQ.**
*Attorneys for Defendant Mary C. Garcia*

G-0051/929-00/LVL:car

Joinder re Francisco Kawamato's Memo RE: False Use of Knowingly False Testimony and Joseph Pangelinan's Memorandum Regarding Witnesses Sel-Incrimination
USA vs. Mary C. Garcia
CR08-0004

# CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT MARY C. GARCIA'S NOTICE OF JOINDER** to be served on the following individuals or entities on June 30, 2008, via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

John T. Gorman, Esq.
Federal Public Defender
First Hawaiian Bank
Maite, Guam 96910
*Attorneys for co-Defendant Eun Young Lee*

Mark S. Smith, Esq.
Law Offices of Mark S. Smith
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
*Attorneys for co-Defendant Marcelino J. Laserna*

Cynthia V. Ecube, Esq.
Law Offices of Cynthia V. Ecube
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant John W.C. Duenas*

Louie J. Yanza, Esq.
MAHER YANZA FLYNN & TIMBLIN LLP
115 Hesler Place, Ground Floor
Governor Flores Building
Hagåtña, Guam 96910
*Attorneys for co-Defendant Joseph Pangelinan*

Joinder re Francisco Kawamato's Memo RE: False Use of Knowingly False Testimony and Joseph Pangelinan's Memorandum Regarding Witnesses Sel-Incrimination
USA vs. Mary C. Garcia
CR08-0004

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Stephanie G. Flores, Esq. |
| | Quan & Lopez LLP |
| 4 | Suite 202 Quan Building |
| | 324 West Soledad Avenue |
| 5 | Hagåtña, Guam 96910 |
| | *Attorneys for co-Defendant Francisco S.N. Kawamoto* |
| 6 | |
| 7 | Rawlen M.T. Mantanona, Esq. |
| | CABOT MANTANONA LLP |
| 8 | Edge Building, Second Floor |
| | 929 South Marine Corps. Drive |
| 9 | Tamuning, Guam 96913 |
| | *Attorneys for co-Defendant Margaret B. Untalan* |
| 10 | |
| 11 | Dated this June 30, 2008. |

                               LUJAN AGUIGUI & PEREZ LLP

                               By: _____
                                   LEILANI V. LUJAN, ESQ.
                                   *Attorneys for Defendant Mary C. Garcia*

---

Joinder re Francisco Kawamato's Memo RE: False Use of Knowingly False Testimony and Joseph Pangelinan's Memorandum Regarding Witnesses Sel-Incrimination
USA vs. Mary C. Garcia
CR08-0004