LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUL 0 1 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUN YOUNG LEE,<br>   aka Eun Young Cho,<br>   aka Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DUENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>Defendants. | CRIMINAL CASE NO. 08-00004<br><br>STIPULATION OF PARTIES<br>CONCERNING TESTIMONY<br>OF SPECIAL AGENT<br>RICHARD FLORES |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program.

SO STIPULATED.

1

| | |
|---|---|
| DATED: 7/1/08 | /s/ Richard Arens<br>RICHARD ARENS<br>Attorney for Eun Young Lee |
| DATED: 7/1/08 | /s/ Louie Yanza<br>LOUIE YANZA<br>Attorney for Joseph Pangelinan |
| DATED: 7/1/08 | /s/ Rawlen MT Mantanona<br>RAWLEN MT MANTANONA<br>Attorney for Margaret Untalan |
| DATED: 7/1/08 | /s/ Cynthia Ecube<br>CYNTHIA ECUBE<br>Attorney for John Duenas |
| DATED: 7/1/08 | /s/ Mark Smith<br>MARK SMITH<br>Attorney for Marcelino Laserna |
| DATED: 7/1/08 | /s/ Leilani Lujan<br>LEILANI LUJAN<br>Attorney for Mary Garcia |
| DATED: 1 July 08 | /s/ Stephanie Flores<br>STEPHANIE FLORES<br>Attorney for Francisco Kawamoto |
| | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI |
| DATED: 7/1/08 | By: /s/ Karon V. Johnson<br>KARON V. JOHNSON<br>Assistant U.S. Attorney |

2