# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004　　　　　　　　　　DATE: JUNE 30, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber/KimWalmsley　　Court Reporter: Virginia T. Kilgore/Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 8:36:17 - 10:08:14
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:31:40 - 2:32:57
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:48:55 - 5:17:06

**APPEARANCES:**

Defendant: Eun Young Lee　　　　　　　Attorney: Richard Arens
　　　　　　Marcelino Laserna　　　　　　　　　　Mark Smith
　　　　　　John Duenas　　　　　　　　　　　　　Cynthia Ecube
　　　　　　Mary Garcia　　　　　　　　　　　　　Leilani Lujan
　　　　　　Joseph Pangelinan　　　　　　　　　　Louie Yanza
　　　　　　Francisco Kawamoto　　　　　　　　　Stephanie Flores
　　　　　　Margaret Untalan　　　　　　　　　　Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Jury Trial - Day 16**

- Allegations of violation of the 13th Amendment, the Court finds no violation - - objection overruled.
- Brady Material as an impeachment issue - court finds that the Government is in violation as to 6 defendants but not as to defendant Lee.
- Motion to strike testimony - The Court issued a warning to the Government re rights of witness to representation; admonished counsel to turn over evidence; and denied motion to strike testimony.
- Motion for Judgment of Acquittal - denied.
- Discussions held re admitted exhibits, jury instructions and verdit forms.
- Jury Trial (Day 17) continued to: July 1, 2008 at 8:30 AM

NOTES: