LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 0 2 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EUN YOUNG LEE, <br>    aka Eun Young Cho, <br>    aka Ina Lee, <br> MARCELINO J. LASERNA, <br> JOHN W.C. DUENAS, <br> MARY C. GARCIA, <br> JOSEPH PANGELINAN, <br> FRANCISCO SN KAWAMOTO, and <br> MARGARET B. UNTALAN, <br><br> Defendants. | CRIMINAL CASE NO. 08-00004 <br><br> **AMENDED STIPULATION OF PARTIES CONCERNING TESTIMONY OF SPECIAL AGENT RICHARD FLORES** |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program, and were illegally on Guam at the time they applied for their Guam driver's licenses.

1

SO STIPULATED.

DATED: 7/1/08

_____
RICHARD ARENS
Attorney for Eun Young Lee

DATED: 7/1/08

_____
LOUIE YANZA
Attorney for Joseph Pangelinan

DATED: 7/1/08

_____
RAWLEN MT MANTANONA
Attorney for Margaret Untalan

DATED: 7/1/08

_____
CYNTHIA ECUBE
Attorney for John Duenas

DATED: 7/1/08

_____
MARK SMITH
Attorney for Marcelino Laserna

DATED: 7/1/08

_____
LEILANI LUJAN
Attorney for Mary Garcia

DATED: 2 July 08

_____
STEPHANIE FLORES
Attorney for Francisco Kawamoto

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/1/08          By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

2