DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 0 3 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRIMINAL CASE NO. 08-00004

Eun Young Lee, Marcelino J. Laserna,
John W.C. Duenas, Mary C. Garcia,
Joseph Pangelinan, Francisco SN Kawamoto
and Margaret B. Untalan,

JURY NOTE

Defendants.

We the Jury: If we find that an item in a particular count is found to be untrue, will the entire count be considered false? ex. Count VII we find item X) to be untrue, and if we find y) to be also untrue the phrase "did knowingly and without lawful authority produce more than (5) identification documents." will be false and invalid because only 5 will be true and correct? Yes or No?

Foreperson **REDACTED**

Date and Time Written: 7/3/08 1520

Date and Time Received by Court: 7/3/08 3:25 pm

Date and Time Answered by Court: _____

All of the elements must be proven beyond a reasonable doubt. As it relates to Fraud in Connection with Identification Documents, the government must prove each of the following elements beyond a reasonable doubt:

See transcript court calls in jury.

Case 1:08-cr-00004    Document 306    Filed 07/03/2008    Page 1 of 1