```
 1                          DISTRICT COURT OF GUAM      FILED
                                                   DISTRICT COURT OF GUAM
 2                              TERRITORY OF GUAM
                                                         JUL 0 3 2008
 3
 4    UNITED STATES OF AMERICA,                       JEANNE G. QUINATA
                                                         Clerk of Court
 5                  Plaintiff,
                vs.
 6                                                CRIMINAL CASE NO. 08-00004
 7    Eun Young Lee, Marcelino J. Laserna,
      John W.C. Duenas, Mary C. Garcia,
 8    Joseph Pangelinan, Francisco SN Kawamoto              JURY NOTE
 9    and Margaret B. Untalan,

10                  Defendants.

11
12      We the Jury: Find line 14 page 14 item (C) to be incorrect.
13   No learner's permit was issued to Jung Soo Yong on 3/10/2004.
14   It was indicated he received a driver's license : exhibit 74-5
15   and exhibit 19.
16
17
18
19                                              REDACTED
20                              Foreperson
21                              Date and Time Written: 7/3/08   1600
22                              Date and Time Received by Court: 7/3/08  1602
23                              Date and Time Answered by Court: _____
24      We received your note.
25
26          Thank you.
27
28                                              [signature]
```