```
                  DISTRICT COURT OF GUAM        RECEIVED
                     TERRITORY OF GUAM            JUL 7 2008

  UNITED STATES OF AMERICA,                  CHIEF JUDGE'S CHAMBERS
                                             DISTRICT COURT OF GUAM
              Plaintiff,
         vs.
                                             CRIMINAL CASE NO. 08-00004

  Eun Young Lee, Marcelino J. Laserna,
  John W.C. Duenas, Mary C. Garcia,
  Joseph Pangelinan, Francisco SN Kawamoto    JURY NOTE
  and Margaret B. Untalan,

              Defendants.
```

We the Jury: _have reached a verdict and ready to return to the courtroom._

FILED
DISTRICT COURT OF GUAM
JUL 07 2008
JEANNE G. QUINATA
Clerk of Court

___REDACTED___
Foreperson

Date and Time Written: 7/7/08  1345
Date and Time Received by Court: 7/7/08 1350
Date and Time Answered by Court: 7/7/08 1416

Dear Jurors,

We are calling all of the attorneys and defendants. We will be with you shortly.

Si yuus maase,
Chief Judge Frances Tydingco-Gatewood

Case 1:08-cr-00004   Document 312   Filed 07/07/2008   Page 1 of 1