**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-08-00004                   DATE: July 07, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber       Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos       Electronically Recorded: 2:58:36 - 3:16:30

**APPEARANCES:**

| Defendant: | Attorney: |
|---|---|
| Eun Young Lee | Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson       U.S. Agent:
U.S. Probation: None Present
Interpreter:       Language:

**PROCEEDINGS: Jury Trial - Day 20**
- Jury returns verdict at 1:50 p.m.
- Jury verdicts of Not Guilty on all counts as to each defendant.
- Jury polled.
- Jury discharged.

NOTES: Danilo Aguilar appeared on behalf of Mark Smith; no objections from Mr. Laserna.