
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004-04 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **VERDICT FORM** |
| MARY C. GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COUNT III - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA:

/ ✓ /    NOT GUILTY

/     /    GUILTY

## COUNT XXI - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT XXII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT XXIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARY C. GARCIA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

DATED this 7th of July, 2008, at Hagåtña, Guam.