# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| MARY C. GARCIA | CASE NUMBER: CR-08-00004-004 |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**
DISTRICT COURT OF GUAM
JUL 0 7 2008
JEANNE G. QUINATA
Clerk of Court

_____
Signature of Judge

FRANCES M. TYDINGCO-GATEWOOD, Chief Judge
Name and Title of Judge

July 7, 2008
Date