jilee.motion

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES MOTION TO** |
| vs. | ) | **RELEASE TRIAL EXHIBITS** |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

      COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order releasing all government's original trial exhibits in this

//

//

//

case, for the reasons that the exhibits will be used in the trial of <u>United States v. Ji Eon Lee</u>, Cr.

08-00016.

Respectfully submitted this ___11th___ day of August 2008.

                                            LEONARDO M. RAPADAS  
                                            United States Attorney  
                                            Districts of Guam and NMI

                          By:    _/s/ Karon V. Johnson_____  
                                      KARON V. JOHNSON  
                                      Assistant U.S. Attorney