

**FILED**
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiffs, | |
| vs. | RECEIPT OF EXHIBITS |
| EUN YOUNG LEE, et al., | |
| Defendants. | |

( X ) Government's ( ) Defendant's ( ) Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**     DESCRIPTION

1-40     United States' Exhibits per Order dated 8/13/2008
42-61
63-8467th
74-84
85-88

_____
Signature

KARON V JOHNSON
Name

8/13/08
Date

AUSA
Office/Firm Receiving Exhibits